**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Dan Valentine
          Plaintiff,

v.                   Case No.: 1:09−cv−07653
                  Honorable Milton I. Shadur

WideOpen West, Finance, LLC
          Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, June 25, 2010:

  MINUTE entry before Honorable Milton I. Shadur:Status hearing held on 6/25/2010. Status hearing set for 8/19/2010 at 08:45 AM.Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.