# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Dan Valentine

                    Plaintiff,

v.                                            Case No.: 1:09−cv−07653
                                              Honorable Edmond E. Chang

WideOpen West, Finance, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 26, 2012:

      MINUTE entry before Honorable Edmond E. Chang: For the reasons stated in the Opinion, the motion to compel arbitration [R. 69] is granted, the motion to amend the complaint [R. 101] is granted, the motion to dismiss [R. 59] is denied without prejudice as moot, and the motion to strike the class allegations [R. 74] is denied without prejudice as moot. The claims stated in Counts 1, 2, and 4 through 7 must be arbitrated, and the litigation of Count 3 is stayed. The Court will hold a status hearing on April 12, 2012 at 9 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.