

**KamberLaw, LLC**

100 Wall Street, 23rd Floor
New York, New York 10005
t 212.920.3072  f 212.202.6364

www.kamberlaw.com

April 23, 2012

The Honorable Edmond E. Chang
United States District Judge
United States District Court, Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re:  *Valentine v. WideOpen West, LLC*, Case No.: 1:09-cv-07653
     Plaintiffs' Position Statement Regarding Pursuit of Arbitrable Claims

Dear Judge Chang:

This position statement is submitted pursuant to the Court's order in the April 12, 2012 status hearing in this matter, reflected in Docket Entry 125. As to claims in this matter regarding which Defendant's motion to compel arbitration has been granted (Dkt. No. 123), Plaintiffs elect not to pursue such claims in arbitration.

Respectfully submitted,
KAMBERLAW, LLC

By: /s/ David A. Stampley
    David A. Stampley (*pro hac vice*)

MICHAEL ASCHENBRENER
mja@aschenbrenerlaw.com
ASCHENBRENER LAW, P.C.
10 South Riverside Plaza, Suite 1800
Chicago, IL 60606
Telephone: 312-462-4922
Facsimile:  312-462-4923

JOSEPH H. MALLEY (*pro hac vice*)
malleylaw@gmail.com
LAW OFFICE OF JOSEPH H. MALLEY, P.C.
1045 North Zang Boulevard
Dallas, Texas 75208
Telephone: (214) 943-6100
Facsimile:  (214) 943-6170

SCOTT A. KAMBER (*pro hac vice*)
skamber@kamberedelson.com
DAVID A. STAMPLEY (*pro hac vice*)
dstampley@kamberedelson.com
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone: (212) 920-3071
Facsimile:  (212) 920-3081

BRIAN J. PANISH (*pro hac vice*)
panish@psblaw.com
RAHUL RAVIPUDI (*pro hac vice*)
ravipudi@psblaw.com
PANISH, SHEA & BOYLE, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: (310) 477-1700
Facsimile:  (310) 477-1699

Attorneys for Plaintiffs, on behalf of themselves and all others similarly situated