## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Dan Valentine, et al.
                              Plaintiff,

v.                                                       Case No.: 1:09−cv−07653
                                                                  Honorable Edmond E. Chang

WideOpen West, Finance, LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 24, 2012:

       MINUTE entry before Honorable Edmond E. Chang: Plaintiffs have elected to forgo the arbitrable claims, as expressed in the Position Statement, R. 126, which this Court construes as a voluntary dismissal without prejudice, Fed. R. Civ. P. 41(a)(1)(A)(i). As previously noted, R. 125, Defendant may file a motion to dismiss (or must file an answer to) the remaining ECPA claim, on or before 05/08/12. Plaintiffs' response due 05/22/12. Defendant's reply due 05/29/12. For clarity of the record and docket sheet, Plaintiffs should separately file the amended complaint. Status hearing of 04/26/12 is reset to 06/25/12 at 8:30 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.