

1(415) 856-7077
tomcounts@paulhastings.com

April 25, 2012                                                                                          76558.00002

Honorable Edmond E. Chang
U.S. District Judge
Chambers Room 1486
U.S. District Court, Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, IL 60604

Re:      *Dan Valentine v. WideOpen West, LLC*, Case No: 09-CV-7653
         **Dismissal of Arbitrable Claims**

Dear Judge Chang:

        On behalf of Defendant WideOpen West Finance, LLC, I write to request reconsideration of the Court's interpretation of Plaintiffs' election not to pursue Counts 1, 2, and 4 through 7 (Dkt. No. 126) as a voluntary dismissal <u>without</u> prejudice. (Dkt. No. 127). The dismissal of these claims without prejudice potentially provides Plaintiffs an opportunity to later revive Counts 1, 2, and 4 through 7, an outcome that runs counter to the Court's reasoning for granting a stay on Plaintiff's ECPA claim in its March 26, 2012 Memorandum Order. (Dkt. No. 123.) Indeed, such an outcome raises the same risks – inefficient use of resources and conflicting decisions – on which the Court relied in staying the ECPA claim. (*Id.* at 13-14 (citing *Volkswagen of Am., Inc. v. Sud's of Peoria, Inc.*, 474 F.3d 966, 973 (7th Cir. 2007).)

        The Court's Order provided Plaintiffs with a choice: pursue their arbitration claims first while the ECPA claim is stayed, or abandon the arbitrable claims and pursue the ECPA claim in federal court. They have chosen: "Plaintiffs elect not to pursue such claims in arbitration." (Dkt. No. 126). That election should result in a dismissal <u>with</u> prejudice. A dismissal without prejudice could reverse the effect and operation of the stay and allow Plaintiffs to pursue the ECPA claim first, then potentially return to arbitrate the remaining claims.

        Defendant is prepared to proceed with the ECPA claim on the schedule set by the Court. For the reasons above, however, Defendant respectfully requests that the Court's dismissal of the arbitrable claims (Counts 1, 2, and 4 through 7) pursuant to Plaintiffs' request be entered <u>with</u> prejudice.

Respectfully submitted,

        /s/ Thomas A. Counts
Thomas A. Counts (*Pro Hac Vice*)
Bar Registration No. CA 148051
PAUL HASTINGS LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorney for Defendant WideOpenWest Finance, LLC

TAC:scz

Paul Hastings LLP | 55 Second Street | Twenty-Fourth Floor | San Francisco, CA 94105
t: +1.415.856.7000 | www.paulhastings.com

LEGAL_US_W # 71314055.2