

**KamberLaw, LLC**

100 Wall Street, 23rd Floor
New York, New York 10005
t 212.920.3072  f 212.202.6364

www.kamberlaw.com

May 2, 2012

The Honorable Edmond E. Chang
United States District Judge
United States District Court, Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re:     *Valentine v. WideOpen West, LLC*, Case No.: 1:09-cv-07653
        Defendants' Letter (Dkt. 128); Plaintiffs' Amended Complaint

Dear Judge Chang:

This letter is submitted for two reasons: to respond to Defendant's April 25, 2012 letter
to the Court (Dkt. 128), requesting that certain counts of the amended complaint (Dkt. 101-1)
be dismissed with prejudice, and to request the opportunity to file a second amended
complaint.

Regarding Defendant's letter, Plaintiffs confirm the following: (i) It is Plaintiffs'
position that, in the absence of an answer or motion for summary judgment having been filed
in the matter, Fed. R. Civ. P. 41(a)(1)(A)(i) specifies the appropriate vehicle for dismissal by
Plaintiffs upon their own notice. It was such a dismissal, without prejudice, that Plaintiffs
contemplated in expressing their intent to dismiss certain claims. (Dkt. 126)

Regarding the filing of an amended complaint: upon a thorough review of the
complaint (Dkt. 101-1), Plaintiffs believe a streamlined complaint consisting only of
allegations supporting the remaining claim would be less cumbersome and would avoid issues
about interpretation of which allegations should be deemed related, directly or by
incorporation, to the remaining claim. For those reasons, Plaintiffs will respectfully move this
Court, by Monday, May 7, to permit Plaintiffs to file a second amended complaint.
Recognizing that this affects the briefing schedule set by the Court, Plaintiffs will confer with
Defendants regarding scheduling prior to Plaintiffs' filing of their motion.

Respectfully submitted,
KAMBERLAW, LLC

By: _David A. Stampley_
    David A. Stampley (*pro hac vice*)

New York / California

MICHAEL ASCHENBRENER
mja@aschenbrenerlaw.com
ASCHENBRENER LAW, P.C.
10 South Riverside Plaza, Suite 1800
Chicago, IL 60606
Telephone: 312-462-4922
Facsimile:  312-462-4923

SCOTT A. KAMBER (*pro hac vice*)
skamber@kamberedelson.com
DAVID A. STAMPLEY (*pro hac vice*)
dstampley@kamberedelson.com
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone: (212) 920-3071
Facsimile:  (212) 920-3081

JOSEPH H. MALLEY (*pro hac vice*)
malleylaw@gmail.com
LAW OFFICE OF JOSEPH H. MALLEY, P.C.
1045 North Zang Boulevard
Dallas, Texas 75208
Telephone: (214) 943-6100
Facsimile:  (214) 943-6170

BRIAN J. PANISH (*pro hac vice*)
panish@psblaw.com
RAHUL RAVIPUDI (*pro hac vice*)
ravipudi@psblaw.com
PANISH, SHEA & BOYLE, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: (310) 477-1700
Facsimile:  (310) 477-1699

Attorneys for Plaintiffs, on behalf of themselves and all others similarly situated