**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DAN VALENTINE and W. BRAND BOBOSKY, individually and on behalf of themselves and all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) | Case No. 09-cv-7653 |
| ) v. ) | June 8, 2012 |
| WIDEOPEN WEST FINANCE, LLC, a Delaware Corporation, ) ) ) | Judge Edmond E. Chang |
| Defendant. ) ) | |

**MOTION BY DEFENDANT WIDEOPENWEST FINANCE, LLC TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendant WideOpenWest Finance LLC ("WOW"), by and through its undersigned counsel, hereby moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Second Amended Complaint filed by plaintiffs Dan Valentine and W. Brand Bobosky, individually and on behalf of themselves and all others similarly situated. The grounds for this Motion are set out in detail in the accompanying Memorandum in Support, but in brief dismissal is appropriate for several reasons.

1. Plaintiffs fail to allege that WOW intercepted the contents of any communication in violation of the Electronic Communications Privacy Act, 18 U.S.C. § 2511 *et seq.*, because they do not allege WOW ever acquired such contents. This requires dismissal of both Counts I and II.

2. Plaintiffs consented to WOW's use of a third-party online ad network service, requiring dismissal of both Counts I and II.

-2-

Accordingly, Defendant respectfully requests that this Court enter an Order dismissing Plaintiffs' Second Amended Complaint in its entirety with prejudice.

Dated: June 8, 2012

Respectfully submitted,

s/ Thomas A. Counts
Thomas A. Counts (*Pro Hac Vice*)
Bar Registration No. CA 148051
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Counsel for Defendant
WIDEOPENWEST FINANCE, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2012, I electronically filed the foregoing MOTION BY DEFENDANT WIDEOPENWEST FINANCE, LLC TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys for Plaintiffs and their e-mail addresses on file with the Court.

Michael J. Aschenbrener, Esq.
ASCHENBRENER LAW, P.C.
10 South Riverside Plaza, Suite 1800
Chicago, IL  60606
Telephone:  (312) 462-4922
Facsimile:  (312) 462-4923
Email:  mja@aschenbrenerlaw.com

Scott A. Kamber, Esq. (*pro hac vice*)
David A. Stampley, Esq. (*pro hac vice*)
Grace E. Parasmo, Esq. (*pro hac vice*)
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, NY  10005
Telephone:  (212) 920-3072
Facsimile:  (212) 920-3081
Email:  skamber@kamberlaw.com;
dstampley@kamberlaw.com;
gparasmo@kamberlaw.com

Brian Panish, Esq. (*pro hac vice*)
Rahul Ravipudi, Esq. (*pro hac vice*)
Panish, Shea & Boyle, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, CA  90025
Telephone:  (310) 477-1700
Facsimile:  (310) 477-1699
Email:  panish@psblaw.com;
ravipudi@psblaw.com

The following non-CM/ECF participant (counsel for Plaintiffs) will be served by United States Postal Service, Certified Mail/Return Receipt via First Class Mail, postage prepaid, as follows:

Joseph H. Malley, Esq. (*pro hac vice*)
Law Office of Joseph H. Malley, P.C.
1045 North Zang Boulevard
Dallas, TX  72508
Telephone:  (214) 943-6100
Facsimile:  (214) 943-6170
Email:  malleylaw@gmail.com

s/ Thomas A. Counts
Thomas A. Counts
Counsel for Defendant
WIDEOPENWEST FINANCE, LLC