**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAN VALENTINE and W. BRAND BOBOSKY, individually and on behalf of themselves and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WIDEOPEN WEST FINANCE, LLC, a Delaware Corporation, )<br>)<br>Defendant. )<br>) | Case No. 09-cv-7653<br><br>June 8, 2012<br><br>Honorable Edmond E. Chang |

**NOTICE OF MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

TO:    Michael J. Aschenbrener
Aschenbrener Law, P.C.
10 South Riverside Plaza, Suite 1800
Chicago, Illinois 60606

Scott A. Kamber
David A. Stampley
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, New York 10005

Joseph H. Malley
Law Office of Joseph H. Malley, P.C.
1045 North Zang Boulevard
Dallas, Texas 72508

Brian Panish
Rahul Ravipudi
Panish, Shea & Boyle, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025

**PLEASE TAKE NOTICE** that on July 31, 2012 at 8:30 a.m.[1] or as soon thereafter as counsel may be heard, counsel for Defendant shall appear before the Honorable Judge Edmond E. Chang, or any Judge sitting in his stead, in Courtroom 1403 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion by Defendant WideOpen West Finance, LLC to Dismiss Plaintiffs' Second Amended Complaint, at which time you may appear if you see fit to do so.

Dated: June 8, 2012                     Respectfully submitted,

/s/ Thomas A. Counts
Thomas A. Counts (*Pro Hac Vice*)
Bar Registration No. CA 148051
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Counsel for Defendant
WIDEOPEN WEST FINANCE, LLC

---

[1] Per the briefing schedule, Plaintiff's Opposition is due on June 22, and Defendant's Reply is due on June 29. There is a status hearing set for July 31, approximately four weeks after the Reply. In the interest of efficiency, Defendant has tentatively set the hearing date for the same date and time as the status hearing. Defendant will make itself available for an alternative date should the Court wish to hear the motion at an earlier or later time.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2012, I electronically filed the foregoing NOTICE OF MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys for Plaintiffs and their e-mail addresses on file with the Court.

Michael J. Aschenbrener, Esq.
ASCHENBRENER LAW, P.C.
10 South Riverside Plaza, Suite 1800
Chicago, IL  60606
Telephone:  (312) 462-4922
Facsimile:  (312) 462-4923
Email:  mja@aschenbrenerlaw.com

Scott A. Kamber, Esq. (*pro hac vice*)
David A. Stampley, Esq. (*pro hac vice*)
Grace E. Parasmo, Esq. (*pro hac vice*)
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, NY  10005
Telephone:  (212) 920-3072
Facsimile:  (212) 920-3081
Email:  skamber@kamberlaw.com;
dstampley@kamberlaw.com;
gparasmo@kamberlaw.com

Brian Panish, Esq. (*pro hac vice*)
Rahul Ravipudi, Esq. (*pro hac vice*)
Panish, Shea & Boyle, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, CA  90025
Telephone:  (310) 477-1700
Facsimile:  (310) 477-1699
Email:  panish@psblaw.com;
ravipudi@psblaw.com

The following non-CM/ECF participant (counsel for Plaintiffs) will be served by United States Postal Service, Certified Mail/Return Receipt via First Class Mail, postage prepaid, as follows:

Joseph H. Malley, Esq. (*pro hac vice*)
Law Office of Joseph H. Malley, P.C.
1045 North Zang Boulevard
Dallas, TX  72508
Telephone:  (214) 943-6100
Facsimile:  (214) 943-6170
Email:  malleylaw@gmail.com

s/ Thomas A. Counts
Thomas A. Counts

Counsel for Defendant
WIDEOPEN WEST FINANCE, LLC

LEGAL_US_W # 71770454