**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAN VALENTINE and W. BRAND BOBOSKY, individually and on behalf of themselves and all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) | Case No. 09-cv-7653 |
| ) | |
| v. ) | June 8, 2012 |
| ) | |
| WIDEOPEN WEST FINANCE, LLC, a Delaware Corporation, ) ) ) | Judge Edmond E. Chang |
| Defendant. ) ) | |

**MOTION TO STRIKE CLASS ALLEGATIONS
FROM PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendant WideOpenWest Finance LLC ("WOW"), by and through its undersigned counsel, hereby moves pursuant to Federal Rules of Civil Procedure 12(f), Rule 23(c)(1)(A), and Rule 23(d)(1)(D), to strike Plaintiffs' class allegations. The grounds for this Motion are set out in detail in the accompanying Memorandum in Support, but in brief, the motion is appropriate because Plaintiffs are inadequate class representatives as a result of their abandonment of claims. By virtue of their decision not to pursue all claims and the possible res judicata effect of any resolution in this case, the named Plaintiffs have interests antagonistic to the class, which necessarily makes them inadequate class representatives.

-1-

-2-

Accordingly, Defendant respectfully requests that this Court strike Plaintiffs' class allegations.

Dated: June 8, 2012

Respectfully submitted,

s/ Thomas A. Counts
Thomas A. Counts (*Pro Hac Vice*)
Bar Registration No. CA 148051
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Counsel for Defendant
WIDEOPENWEST FINANCE, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2012, I electronically filed the foregoing MOTION TO STRIKE CLASS ALLEGATIONS FROM PLAINTIFFS' SECOND AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys for Plaintiffs and their e-mail addresses on file with the Court.

Michael J. Aschenbrener, Esq.
ASCHENBRENER LAW, P.C.
10 South Riverside Plaza, Suite 1800
Chicago, IL  60606
Telephone:  (312) 462-4922
Facsimile:  (312) 462-4923
Email:  mja@aschenbrenerlaw.com

Scott A. Kamber, Esq. (*pro hac vice*)
David A. Stampley, Esq. (*pro hac vice*)
Grace E. Parasmo, Esq. (*pro hac vice*)
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, NY  10005
Telephone:  (212) 920-3072
Facsimile:  (212) 920-3081
Email:  skamber@kamberlaw.com;
dstampley@kamberlaw.com;
gparasmo@kamberlaw.com

Brian Panish, Esq. (*pro hac vice*)
Rahul Ravipudi, Esq. (*pro hac vice*)
Panish, Shea & Boyle, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, CA  90025
Telephone:  (310) 477-1700
Facsimile:  (310) 477-1699
Email:  panish@psblaw.com;
ravipudi@psblaw.com

The following non-CM/ECF participant (counsel for Plaintiffs) will be served by United States Postal Service, Certified Mail/Return Receipt via First Class Mail, postage prepaid, as follows:

Joseph H. Malley, Esq. (*pro hac vice*)
Law Office of Joseph H. Malley, P.C.
1045 North Zang Boulevard
Dallas, TX  72508
Telephone:  (214) 943-6100
Facsimile:  (214) 943-6170
Email:  malleylaw@gmail.com

                                        s/ Thomas A. Counts
                                          Thomas A. Counts

Counsel for Defendant
WIDEOPENWEST FINANCE, LLC

LEGAL_US_W # 71773362.1