## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAN VALENTINE, *et al.,* | ) | Case No.: 1:09−cv−07653 |
| | ) | |
| Plaintiffs, | ) | June 26, 2012 |
| | ) | |
| v. | ) | Honorable Edmond E. Chang |
| | ) | |
| WIDEOPEN WEST FINANCE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME OF SCHEDULE FOR HEARING DEFENDANT'S MOTIONS TO DISMISS AND TO STRIKE CLASS ALLEGATIONS FROM THE SECOND AMENDED COMPLAINT

NOW COMES, Plaintiffs Dan Valentine and W. Brand Bobobsky ("Plaintiffs") respectfully move this Court for an enlargement of time for Plaintiffs to respond to the pending Motion to Dismiss by Defendant Wideopen West Finance, LLC ("Wideopen West" or "Defendant"), and for Defendant's subsequent time to reply and the Court's hearing of the motion. In support thereof, Plaintiff states:

1.      On May 24, 2012, the Court heard Plaintiffs' motion to file a second amend complaint. (Dkt. 134). The Court granted the motion. *Id.* At the hearing, Defendant reported that it intended to move to dismiss the Second Amended Complaint. *Id.* The Court ordered the following schedule: Plaintiff's Second Amended Complaint is due on May 5, 2012; Defendant has until May 8, 2012 to answer or otherwise plead to the amended complaint; if a motion to dismiss is filed, Plaintiff's response is due on June 22, 2012; Defendant's reply is due July 6, 2012; and a status hearing was set for July 31, 2012 at 8:30 a.m. *Id.*

2.      Plaintiffs filed their Second Amended Complaint on May 25, 2012. (Dkt. 135).

3.      Defendant filed two motions on June 8, 2012.  Defendant filed its (a) Motion to Dismiss  the Second Amended Complaint and its (b) Motion to Strike Class Allegations From Plaintiffs' Second Amended Complaint.  (Dkts. 136-141).

4.      Because Plaintiffs are now responding to two motions instead of the one contemplated by the Court in devising the briefing schedule, Plaintiffs hereby request an additional two weeks to file their opposition briefs, and an additional one week for the Defendant to file its reply briefs. Plaintiffs propose a new hearing date for August 28, 2012 at 8:30 a.m.

5.      The Parties will not be prejudiced by such an extension.

WHEREFORE, for the foregoing reasons, Plaintiffs hereby respectfully request that the Court permit Plaintiffs to respond to Defendant's pending motions to dismiss and to strike class allegations from Plaintiffs' Second Amended Complaint on or before July 6, 2012 with any reply by Defendant to be filed on or before July 20, 2012, and with the Court's hearing of this matter to be reset from July 31 to August 28.

Dated:  June 21, 2012

Respectfully submitted,
KamberLaw, LLC

By:   s/ David A. Stampley
David A. Stampley
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone:(212) 920-3071
Facsimile: (212) 202-6364
One of the Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 21, 2012, I electronically filed with the Clerk of the Court the foregoing document using the CM/ECF system which will send notification of such filing to the following attorneys for the Defendant and their e-mail addresses on file with the Court:

Giselle Perez de Donado
Paul Hastings LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
(312) 499-6000
giselleperez@paulhastings.com

Kenneth W. Gage
Paul Hastings LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
(312) 499-6046
kennethgage@paulhastings.com

Thomas A. Counts
Paul Hastings LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
(415) 856-7070
tomcounts@paulhastings.com

Ryan C. Nier
Paul Hastings LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
(415) 856-7000
ryannier@paulhastings.com

Kelly Ann Demarchis
Paul Hastings LLP
875 15th Street NW
Washington, DC 20005
(202) 551-1700
kellydemarchis@paulhastings.com

s/David A. Stampley
David A. Stampley