## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Dan Valentine, et al.
                              Plaintiff,

v.                                               Case No.: 1:09–cv–07653
                                                      Honorable Edmond E. Chang

WideOpen West, Finance, LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 23, 2013:

      MINUTE entry before Honorable Edmond E. Chang: Plaintiff's position statement is in in the nature of a request for reconsideration; in the alternative, a request for leave to amend the complaint; and in the alternative, a request for a Rule 54(b) partial judgment. In order to fully flesh out those requests, the Court order two more briefs: first, on or before 02/13/13, Plaintiffs shall file a Supplement to Plaintiffs' Position Statement (attach a proposed amended complaint if that is part of the relief sought). In that brief, Plaintiffs must answer the question of what to do with the 2511(1)(c) and (d) claims in the event that Plaintiffs' requested relief is denied. On or before 03/06/13, Defendant shall file a Response to Plaintiff's Supplement. Status hearing of 01/24/13 is reset to 04/03/13 at 8:30 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.