IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | ) | |
|---|---|---|
| DAN VALENTINE, *et al.*, | ) | No. 09 C 7653 |
| | ) | |
| Plaintiffs, | ) | The Hon. Edmond E. Chang |
| v. | ) | |
| | ) | **SUPPLEMENT TO PLAINTIFFS'** |
| WIDEOPEN WEST FINANCE, LLC, | ) | **POSITION STATEMENT** |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's order of January 23, 2013 [R. 160], Plaintiffs hereby supplement the position statement they submitted on December 28, 2012. [R. 158]

Plaintiffs' position is as follows:

A. Plaintiffs respectfully request leave to amend their complaint in this matter and herewith file a motion to do so, with a proposed amended complaint attached, and which includes claims arising under 18 U.S.C. § 2511(1)(a), alleging procuring, and 18 U.S.C. § 2511(3)(a).

B. Plaintiffs respectfully request reconsideration of the Court's order dismissing their interception claims under 18 U.S.C. § 2511(1)(a) and herewith file a motion for reconsideration.

C. In response to the Court's request that Plaintiffs answer the question of what to do with the 2511(1)(c) and (d) claims in the event that this requested relief in one or both of the above-described motions is denied, Plaintiffs propose that litigation proceed on their pending claims under 18 U.S.C. §§ 2511(1)(c) and (d), which Plaintiffs were not been contested by Defendant in its motion to dismiss [R. 136; *see* R. 157 at 10-11 (Court's order)]. Notwithstanding Defendant's position as to

1

these claims [R. 159], Plaintiffs believe they are viable. Plaintiffs' bases for this position include reasons tethered the Second Amended Complaint [R. 135], which includes allegations that WOW knowingly used intercepted communications that had passed back through the NebuAd appliance and were delivered by WOW to Plaintiffs and Class Members. [*See* R. 135 at 9, 23, 31, 39, 45, 59, 99, and 100]

Dated: February 13, 2013

Respectfully submitted,
KAMBERLAW, LLC

By: s/ David A. Stampley
David A. Stampley
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone:(212) 920-3072
Facsimile: (212) 202-6364
One of the Attorneys for Plaintiffs, on behalf of themselves and all others similarly situated

MICHAEL ASCHENBRENER
mja@aschenbrenerlaw.com
ASCHENBRENER LAW, P.C.
10 South Riverside Plaza, Suite 1800
Chicago, IL 60606
Telephone: (312) 462-4922
Facsimile: (312) 462-4923

SCOTT A. KAMBER
skamber@kamberlaw.com
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone: (212) 920-3072
Facsimile: (212) 202-6364

Grace E. Tersigni
gtersigni@kamberlaw.com
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone: (212) 920-3072
Facsimile: (212) 202-6364

BRIAN J. PANISH
panish@psblaw.com
RAHUL RAVIPUDI
ravipudi@psblaw.com
PANISH, SHEA & BOYLE, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: (310) 477-1700
Facsimile: (310) 477-1699

JOSEPH H. MALLEY
malleylaw@gmail.com
LAW OFFICE OF JOSEPH H. MALLEY, P.C.
1045 North Zang Boulevard
Dallas, Texas 75208
Telephone: (214) 943-6100
Facsimile: (214) 943-6170

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2011, I electronically filed with the Clerk of the Court the foregoing Plaintiffs' Memorandum of Law In Opposition to Defendant's Second Motion to Dismiss using the CM/ECF system which will send notification of such filing to the following attorneys for the Defendant and their e-mail addresses on file with the Court:

**TO:**

Thomas A. Counts
Paul Hastings LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
(415) 856-7070
tomcounts@paulhastings.com

Ryan C. Nier
Paul Hastings LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
(415) 856-7000
ryannier@paulhastings.com

Giselle Perez de Donado
Paul Hastings LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
(312) 499-6000
giselleperez@paulhastings.com

Kelly Ann Demarchis
Paul Hastings LLP
875 15th Street NW
Washington, DC 20005
(202) 551-1700
kellydemarchis@paulhastings.com

Kenneth W. Gage
Paul Hastings LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
(312) 499-6046
kennethgage@paulhastings.com

s/ David A. Stampley
David A. Stampley