# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAN VALENTINE, *et al.*, )<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>WIDEOPEN WEST, FINANCE, LLC, )<br>a Delaware Corporation, )<br>)<br>*Defendant.* )<br>)<br>) | No. 09 C 7653<br>The Hon. Edmond E. Chang<br><br>**NOTICE OF MOTION** |

**TO:**

Giselle Perez de Donado
Paul Hastings LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
(312) 499-6000
giselleperez@paulhastings.com

Kenneth W. Gage
Paul Hastings LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
(312) 499-6046
kennethgage@paulhastings.com

Thomas A. Counts
Paul Hastings LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
(415) 856-7070
tomcounts@paulhastings.com

Ryan C. Nier
Paul Hastings LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
(415) 856-7000
ryannier@paulhastings.com

Kelly Ann Demarchis
Paul Hastings LLP
875 15th Street NW
Washington, DC 20005
(202) 551-1700
kellydemarchis@paulhastings.com

**PLEASE TAKE NOTICE** that, on April 3, 2013 at 8:30 a.m. or as soon thereafter as counsel may be heard, counsel for Plaintiff shall appear before the Honorable Judge Edmond E. Chang or any Judge sitting in his stead in Courtroom 1403 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion Pursuant to Rule 54(B) for Reconsideration of Dismissal of 18 U.S.C § 2511(1)(a) Claims**, at which time you may appear if you see fit to do so.

Dated: February 20, 2013

Respectfully submitted,

KAMBERLAW, LLC

By: /s/ David A. Stampley
    David A. Stampley (*pro hac vice*)
    KamberLaw, LLC
    100 Wall St., 23rd Floor
    New York, NY 10005
    Telephone: (212) 920-3071
    Facsimile:  (212) 202-6364

    One of the Attorneys for Plaintiffs, on behalf of themselves and all others similarly situated