**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DAN VALENTINE and W. BRAND BOBOSKY, individually and on behalf of themselves and all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) | Case No. 09-cv-7653 |
| ) | |
| v. ) | March 6, 2013 |
| ) | |
| WIDEOPEN WEST FINANCE, LLC, a Delaware Corporation, ) ) ) | Judge Edmond E. Chang |
| ) | |
| Defendant. ) ) | |

## MOTION BY DEFENDANT WIDEOPENWEST FINANCE, LLC TO STRIKE PLAINTIFFS' UNTIMELY FILED MOTION FOR RECONSIDERATION, TO AMEND, SUPPLEMENT TO PLAINTIFFS' POSITION STATEMENT, AND DOCUMENTS FILED IN SUPPORT THEREOF

Defendant WideOpenWest Finance LLC ("WOW"), by and through its undersigned counsel, hereby moves pursuant to Local Rule 78.3 to strike Docket Nos. 161, 161-1, 162, 163, 164, 165, and 166. The grounds for this Motion are set out in detail in the accompanying Memorandum in Support, but in brief, the motion is appropriate because, after missing multiple previous deadlines, Plaintiffs filed Docket Nos. 161 – 166 after the deadline set by the Court, including filing their Notice of Motion and Motion for Reconsideration (Docket Nos. 165 – 166) nearly a week late. Plaintiffs' repeated disregard for the Court's scheduling order has prejudiced WOW.

On March 5, 2013, counsel for WOW notified Plaintiffs' counsel of WOW's intent to file this Motion and asked if Plaintiffs would oppose. Plaintiffs' counsel stated that he would "let you know today." As of the time of this filing, Plaintiffs have not informed WOW of their position and WOW therefore assumes that Plaintiffs oppose.

-2-

Accordingly, WOW respectfully requests that the Court strike Docket Nos. 161 – 166.

Dated: March 6, 2013

Respectfully submitted,

s/ Thomas A. Counts
Thomas A. Counts (*Pro Hac Vice*)
Bar Registration No. CA 148051
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Counsel for Defendant
WIDEOPENWEST FINANCE, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2013, I electronically filed the foregoing MOTION BY DEFENDANT WIDEOPENWEST FINANCE, LLC TO STRIKE PLAINTIFFS' UNTIMELY FILED MOTION FOR RECONSIDERATION, TO AMEND, SUPPLEMENT TO PLAINTIFFS' POSITION STATEMENT, AND DOCUMENTS FILED IN SUPPORT THEREOF with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys for Plaintiffs and their e-mail addresses on file with the Court.

Michael J. Aschenbrener, Esq.
ASCHENBRENER LAW, P.C.
10 South Riverside Plaza, Suite 1800
Chicago, IL 60606
Telephone: (312) 462-4922
Facsimile: (312) 462-4923
Email: mja@aschenbrenerlaw.com

Scott A. Kamber, Esq. (*pro hac vice*)
David A. Stampley, Esq. (*pro hac vice*)
Grace E. Parasmo, Esq. (*pro hac vice*)
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, NY 10005
Telephone: (212) 920-3072
Facsimile: (212) 920-3081
Email: skamber@kamberlaw.com;
dstampley@kamberlaw.com;
gparasmo@kamberlaw.com

Brian Panish, Esq. (*pro hac vice*)
Rahul Ravipudi, Esq. (*pro hac vice*)
Panish, Shea & Boyle, LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, CA 90025
Telephone: (310) 477-1700
Facsimile: (310) 477-1699
Email: panish@psblaw.com;
ravipudi@psblaw.com

      The following non-CM/ECF participant (counsel for Plaintiffs) will be served by United States Postal Service, Certified Mail/Return Receipt via First Class Mail, postage prepaid, as follows:

Joseph H. Malley, Esq. (*pro hac vice*)
Law Office of Joseph H. Malley, P.C.
1045 North Zang Boulevard
Dallas, TX 72508
Telephone: (214) 943-6100
Facsimile: (214) 943-6170
Email: malleylaw@gmail.com

-4-

                                                             s/ Thomas A. Counts
                                                               Thomas A. Counts

Counsel for Defendant
WIDEOPENWEST FINANCE, LLC