# EXHIBIT B

**Subject:** Re: WOW motion to dismiss opp
**From:** Dave Stampley <dstampley@kamberlaw.com>
**Date:** 5/27/11 4:39 PM
**To:** "Counts, Thomas A." <tomcounts@paulhastings.com>
**CC:** "Nier, Ryan" <ryannier@paulhastings.com>, Grace Parasmo <gparasmo@kamberlaw.com>

All filed.

David A. Stampley | KamberLaw, LLC

100 Wall St., 23rd Fl., New York, NY 10005

tel  212. 920. 3072   |   fax  212. 920. 3081

dstampley@kamberlaw.com | www.kamberlaw.com

CONFIDENTIALITY AND LIABILITY FOR MISUSE. The information contained in this communication is the property of KamberLaw, LLC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify KamberLaw, LLC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.  Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

On 5/27/11 1:46 PM, Counts, Thomas A. wrote:

> Thank you. Let me know if you need anything further from us.
>
> -Tom
>
>
>   -----Original Message-----
> From:    Dave Stampley [mailto:dstampley@kamberlaw.com]
> Sent:    Friday, May 27, 2011 10:15 AM Pacific Standard Time
> To:      Counts, Thomas A.
> Cc:      Nier, Ryan; Grace Parasmo
> Subject:         Re: WOW motion to dismiss opp
>
> Tom, I will file for the extension today.  Under the judge's rules, I
> will have to notice it for next Weds., but it is likely he will look at
> it today. June 8 is fine.
>
> Dave
>
> David A. Stampley | KamberLaw, LLC
>
> 100 Wall St., 23rd Fl., New York, NY 10005
>
> tel 212.920.3072 | fax 212.920.3081
>
> dstampley@kamberlaw.com <mailto:dstampley@kamberlaw.com> |
> www.kamberlaw.com <http://www.kamberlaw.com/>
>
> CONFIDENTIALITY AND LIABILITY FOR MISUSE. The information contained in
> this communication is the property of KamberLaw, LLC.  It is
> confidential, may be attorney work product, attorney-client privileged
> or otherwise exempt from disclosure under applicable law, and is
> intended only for the use of the addressee(s).  Unauthorized use,
> disclosure or copying of this communication or any part thereof is
> strictly prohibited.  If you have received this communication in error,
> please notify KamberLaw, LLC immediately by return e-mail and destroy
> this communication and all copies thereof, including all attachments.
> Pursuant to requirements related to practice before the U.S. Internal

Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

On 5/27/11 11:57 AM, Counts, Thomas A. wrote:

> Dave – Understood and we would appreciate your filing the motion. Given some intervening deadlines, we would like until June 8th for our reply, which would still allow 2 full weeks before the hearing.
>
> Let me know if that is acceptable and your timetable for filing the motion.
>
> Thanks,
>
> Tom
>
>
>    -----Original Message-----
> From:    Dave Stampley [mailto:dstampley@kamberlaw.com]
> Sent:    Thursday, May 26, 2011 08:47 PM Pacific Standard Time
> To:      Counts, Thomas A.
> Subject:      WOW motion to dismiss opp
>
> Tom, you can probably tell we got some wires crossed on our side.  I'll be filing our opposition to the motion to dismiss shortly. I am assuming you would want us to file an unopposed motion to extend your time to reply, given when we are filing. Is that correct, and should we ask for a defendant's reply date of Mon., June 6?
>
> Thanks,
> Dave

_____
***********************************************************
IRS Circular 230 Disclosure:    As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may  be imposed under the U.S. Internal Revenue Code.
***********************************************************

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com.