# EXHIBIT A

**Subject:** Valentine v. WideOpen West Finance, LLC - Proposed Third Amended Complaint
**From:** "Zun, Samuel C." <samuelzun@paulhastings.com>
**Date:** 2/14/13 2:06 PM
**To:** dstampley@kamberlaw.com
**CC:** skamber@kamberlaw.com, "Counts, Thomas A." <tomcounts@paulhastings.com>, "Nier, Ryan" <ryannier@paulhastings.com>

Dave,

I hope this email finds you well. We saw last evening's filings in *Valentine*, which included Plaintiffs' supplemental position statement and a motion for leave to amend, attaching a proposed Third Amended Complaint. Can you please send us a redline comparing the proposed amended complaint to the previous version?

Best,



**Samuel Zun | Associate**
Paul Hastings LLP | 55 Second Street, Twenty-Fourth Floor, San Francisco, CA 94105 | Direct: +1.415.856.7206 | Main: +1.415.856.7000 | Fax: +1.415.856.7306 |
samuelzun@paulhastings.com | www.paulhastings.com

***********************************************************************************
IRS Circular 230 Disclosure: As required by U.S.Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.
***********************************************************************************

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com