IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAN VALENTINE, *et al.*, ) | Case No.: 1:09−cv−07653 |
| ) | |
| Plaintiffs, ) | June 26, 2012 |
| ) | |
| v. ) | Honorable Edmond E. Chang |
| ) | |
| WIDEOPEN WEST FINANCE, LLC, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR RECONSIDERATION REPLY BRIEF, MOTION TO AMEND COMPLAINT REPLY BRIEF, AND OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' FILINGS OF FEBRUARY 2013**

1. NOW COMES, Plaintiffs Dan Valentine and W. Brand Bobobsky ("Plaintiffs") respectfully move this Court for an enlargement of time for Plaintiffs to file replies to Defendant Wideopen West Finance, LLC's ("WOW" or "Defendant") response to Plaintiffs' motion for leave to amend the complaint, R. 163, and to Defendant's response to Plaintiffs motion for reconsideration, R. 165, and to file a response to Defendant's motion to strike, R.167. In support thereof, Plaintiffs, by and through the undersigned ("Counsel") state:

2. Counsel files this motion upon the instruction of the Court. Stampley Decl. at 7.

3. Defendant neither consents to nor opposes an extension to April 17, 2011. Stampley Decl. at 8.

4. On April 2, 2013, the Court imposed a deadline for Plaintiffs to file the aforementioned briefs on or before April, 16, 2013, with no extensions to be granted. R. 173.

5. On Friday, April 12, Counsel's father, in Washington State, entered hospice care with plans to stay at a family member's home, but his condition had deteriorated by Monday. Stampley Decl. at 4.

1

6. Counsel had planned to file documents in this matter on Tuesday and travel to Washington on Wednesday, April 17. Stampley Decl. at 5.

7. Counsel was informed on Tuesday morning to travel to Washington as soon as possible. Stampley Decl. at 7.

8. Counsel contacted the Court. Courtroom Deputy, Ms. Sandra Brooks, and requested a one-day extension under the circumstances. Ms. Brooks responded via e-mail: "He can file them when they are ready along with a motion to file them after the deadline." Stampley Decl. at 7, 9

9. Counsel contacted opposing counsel, who neither opposed nor consented to a one-day extension, as Counsel had originally requested from the Court by e-mail. Stampley Decl. 8-9.

10. Counsel's father died on Wednesday afternoon, April 17, and the funeral was in another state at the end of the following week, necessitating travel back to New York and then to Mississippi and back. Stampley Decl. at 10-12.

11. Counsel is executor of his father's estate and has been performing those duties, returning to work today, temporarily, and expects to return to fully return to work within approximately two weeks. Stampley Decl. at 13.

12. Counsel, mindful of the nature of the deadline set by the Court for April 16, nonetheless requests that the Court enlarge the time for Plaintiffs' filings to May 13, 2013, based on Counsel's ability to resume and file the documents in these matter. Stampley Decl. at 14-16.

13. Plaintiffs do not believe Defendant will be prejudiced by the requested extension. Defendant has a single reply brief to file in support of its motion to strike. The hearing is sched-

ule for May 30, 2013. If Defendants were to request an extension, Plaintiffs would not oppose one and would seek the Court's leave to grant one.

      WHEREFORE, for the foregoing reasons, Plaintiffs hereby respectfully request that the Court deem as timely filed the documents file in the record as numbers 174, 175, and 176, filed via ECF today.

Dated: May 13, 2013

Respectfully submitted,
KamberLaw, LLC

By: s/ David A. Stampley

David A. Stampley
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone:(212) 920-3071
Facsimile: (212) 202-6364

One of the Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 13, 2013, I electronically filed with the Clerk of the Court the foregoing Motion to Enlarge Timeusing the CM/ECF system which will send notification of such filing to the following attorneys for the Defendant and their e-mail addresses on file with the Court:

Giselle Perez de Donado
Paul Hastings LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
(312) 499-6000
giselleperez@paulhastings.com

Thomas A. Counts
Paul Hastings LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
(415) 856-7070
tomcounts@paulhastings.com

Kelly Ann Demarchis
Paul Hastings LLP
875 15th Street NW
Washington, DC 20005
(202) 551-1700
kellydemarchis@paulhastings.com

Kenneth W. Gage
Paul Hastings LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
(312) 499-6046
kennethgage@paulhastings.com

Ryan C. Nier
Paul Hastings LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
(415) 856-7000
ryannier@paulhastings.com

s/David A. Stampley
David A. Stampley