Re: Re: URGENT re Valentine v.WideOpen West Finance, LLC, No. 09-7653

**Subject:** Re: Re: URGENT re Valentine v.WideOpen West Finance, LLC, No. 09-7653
**From:** "Dave Stampley" <dstampley@kamberlaw.com>
**Date:** 4/16/13 5:46 PM
**To:** "Nier, Ryan" <ryannier@paulhastings.com>,"Counts, Thomas A." <tomcounts@paulhastings.com>,"Zun, Samuel C." <samuelzun@paulhastings.com>
**CC:** "Scott Kamber" <skamber@kamberlaw.com>,"Grace Tersigni" <gtersigni@kamberlaw.com>

The court chose not to so limit it and I am not asking you to agree to a more restrictive term than indicated by the court.
Dave Stampley, KamberLaw

---

**From:** "Nier, Ryan" <ryannier@paulhastings.com>
**Date:** Tue, 16 Apr 2013 21:05:24 +0000
**To:** dstampley@kamberlaw.com<dstampley@kamberlaw.com>; Counts, Thomas A.<tomcounts@paulhastings.com>; Zun, Samuel C.<samuelzun@paulhastings.com>
**Cc:** Scott A. Kamber, Esq.<skamber@kamberlaw.com>; Grace Parasmo Tersigni<gtersigni@kamberlaw.com>
**Subject:** RE: Re: URGENT re Valentine v.WideOpen West Finance, LLC, No. 09-7653

Dave:

Under the circumstances, and assuming the request and motion are limited to the one-day extension indicated in the correspondence with the Court, WOW will neither oppose nor consent to the proposed motion.

Thanks,

Ryan

---

**From:** Dave Stampley [mailto:dstampley@kamberlaw.com]
**Sent:** Tuesday, April 16, 2013 11:48 AM
**To:** Counts, Thomas A.; Zun, Sam; Nier, Ryan
**Cc:** Scott A. Kamber, Esq.; Grace Parasmo Tersigni
**Subject:** Fwd: Re: URGENT re Valentine v.WideOpen West Finance, LLC, No. 09-7653

Counsel,
Please see the correspondence with the Court today, below. We are asking if you would consent to the extension indicated by the Court.
Thank you for your consideration.
Dave Stampley

> -------- Original Message --------
> **Subject:** Re: URGENT re Valentine v.WideOpen West Finance, LLC, No. 09-7653
> **Date:** Tue, 16 Apr 2013 10:56:41 -0500
> **From:** Sandra_Brooks@ilnd.uscourts.gov
> **To:** dstampley@kamberlaw.com
>
> This is the Judge's reply:
>
> He can file them when they are ready along with a motion to file them after the

deadline.

Sandra L. Brooks
Courtroom Deputy to the
Honorable Edmond E. Chang
(312) 408-5121

| | |
|---|---|
| From: | Dave Stampley <dstampley@kamberlaw.com> |
| To: | Sandra_Brooks@ilnd.uscourts.gov |
| Date: | 04/16/2013 10:47 AM |
| Subject: | URGENT re Valentine v.WideOpen West Finance, LLC, No. 09-7653 |

Sorry, Ms. Brooks. I sent you a message a few minutes ago on this case. I meant to mark the subject line "urgent" in hopes of catching your attention--so I'm sending this message p.s. If you have not read that prior message already, please know that it is important.
Thank you,
Dave Stampley
--
David A. Stampley | KamberLaw, LLC
100 Wall St., 23rd Fl., New York, NY 10005
tel  212.920.3072    |   fax  212.202.6364

dstampley@kamberlaw.com | www.kamberlaw.com
CONFIDENTIALITY AND LIABILITY FOR MISUSE. The information contained in this communication is the property of KamberLaw, LLC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify KamberLaw, LLC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.  Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

-------- Original Message --------
Subject: Re: Valentine v.WideOpen West Finance, LLC, No. 09-7653
Date: Tue, 16 Apr 2013 11:39:47 -0400
From: Dave Stampley <dstampley@kamberlaw.com>
Reply-To: dstampley@kamberlaw.com
Organization: KamberLaw, LLC
To: Sandra_Brooks@ilnd.uscourts.gov

Ms. Brooks, I just left you a somewhat lengthy voicemail message but am following by email because of urgent circumstances. This is to request a one-day extension in the

filing of our papers due today.

In the above-captioned matter, we have two replies and one answer due to be filed today. Judge Change said in his April 2 order (Dkt. 173) that extensions would not be granted owing to prior missed deadlines.

My father (in Washington state) has been ill and he entered hospice care Monday. I was scheduled to fly there tomorrow. However, I have just heard from one of my family members there that I need to come as soon as possible. Under the circumstances, I need to leave this afternoon.

Of course, I can transfer the briefs to my colleagues to finish what is left, but they will need some guidance from me to do so, which I am not in a position to give today.

I apologize for imposing on the Court with this request, particularly after Judge Chang's admonition, which I and we take very seriously--but I am asking if the Court will grant a one-day extension for plaintiffs' filing of the papers due today.

Respectfully,
Dave Stampley

David A. Stampley | KamberLaw, LLC

100 Wall St., 23rd Fl., New York, NY 10005

tel  212.920.3072   |   fax  212.202.6364


dstampley@kamberlaw.com | www.kamberlaw.com

CONFIDENTIALITY AND LIABILITY FOR MISUSE. The information contained in this communication is the property of KamberLaw, LLC. It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please notify KamberLaw, LLC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

********************************************************************************
IRS Circular 230 Disclosure: As required by U.S.Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any

taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.
**********************************************************************************

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com