« back to Obituaries

## Charles D. Stampley, LTC USA (Ret.)

12/03/1927 – 04/17/2013



Charles D. Stampley, age 85, passed away peacefully on April 17, 2013 in Blaine, WA. Mr. Stampley was born December 3, 1927 in Murphy, MS to Andrew O.K. and Mamie (Jamison) Stampley. He married Kate Williams on June 4, 1950 in Sledge, MS. A '45 graduate of Hollandale High, he earned his BS at LSU, his MA at George Washington University and was a graduate of L'Ecole d'Etat-Major (French Army staff college). Charles was a career Army Infantry officer with combat service in Korea and Vietnam, retiring with the rank of Lieutenant Colonel. He was decorated with the Silver Star, Combat Infantry Badge, Army Commendation Medal, Legion of Merit with First Oak Leaf Cluster, Joint Service Commendation Medal, Bronze Star and the Meritorious Medal. Following his Army retirement, he settled in Columbus, MS and worked as Personnel Director for Teknamed Corporation in Columbus for many years. Mr. Stampley was preceded in death by his wife Kate, grandson Andrew Stampley, and brothers O.K., Jr. and Ralph Stampley. He is survived by his children Andrea Stampley (Dave Carr) of WA, Angela Garvey (Ned) of MD, David Stampley (the Hon. Shawn T. Kelly) of NY and Dean Stampley (Kathy) of AL, grandchildren Charles, Lindy, Mark, and Mary Vanlandingham; Maria, Peter and Joseph Garvey; Haley and Alex (Anna) Stampley, and many loving relatives and friends. Visitation at Hollandale First United Methodist Church, 110 E. Washington St. in Hollandale, MS on Friday, April 26th from 11:30 AM-12:30 PM, followed by a 1 PM Graveside Service with military honors at Hollandale Cemetery. A reception will follow at the church. Memorials may be made to the Hollandale First United Methodist Church, P.O. Box 381, Hollandale, MS 38748 or to the Columbus-Lowndes Humane Society, P.O. Box 85, Columbus, MS 39703. Special thanks go to the Blaine Senior Center, where Charles enjoyed lunches and spent many happy hours with new friends, the excellent care at the Center for Senior Health, the loving and excellent staff at Stafholt Good Samaritan Society, the professional and caring staff at St. Joseph Oncology Center, and the perfect timing of Whatcom Hospice.