## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Dan Valentine, et al.
                                    Plaintiff,

v.                                                  Case No.: 1:09−cv−07653
                                                  Honorable Edmond E. Chang

WideOpen West, Finance, LLC
                                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 28, 2013:

      MINUTE entry before Honorable Edmond E. Chang: This was a close call, but Defendant's motion to strike [167] is denied and Plaintiffs' extension motion is granted [177]. The Court shares Defendant's frustration with Plaintiffs' multiple failures to meet deadlines in this case, and what was presumed to be a 1−day extension request became almost 4 weeks, all without a further extension motion from a co−counsel (the underlying personal circumstances surely justified an extension of some period, but a motion should have been filed). Nonetheless, the preference for resolving cases on their merits is significant enough to overcome the failures. In light of the fully−briefed motions, the status hearing of 05/29/13 is reset to 07/18/13 at 9:00 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.