IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAN VALENTINE, *et al.*, | ) | No. 09 C 7653 |
| | ) | |
| Plaintiffs, | ) | The Hon. Edmond E. Chang |
| v. | ) | |
| | ) | **SUPPLEMENTAL DECLARATION OF** |
| WIDEOPEN WEST FINANCE, LLC, | ) | **DAVID A. STAMPLEY REGARDING** |
| | ) | **SUBSEQUENT CASE HISTORY IN** |
| Defendant. | ) | ***KIRCH V. EMBARQ* MATTER** |

I, David A. Stampley, declare as follows:

1. I am a partner at KamberLaw, LLC, a member of the bar of the State of New York and fully familiar with the proceedings in the above-captioned matter, in which I am admitted *pro hac vice* and one of the attorneys representing Plaintiffs.

2. I represent petitioners in the matter of *Kirch v. Embarq*, 702 F.3d 1245 (10th Cir. 2012), *affirming* 2011 WL 3651359 (D.Kan. Aug. 19, 2011), *cert. petition filed*, 81 U.S.L.W. 3567 (U.S. Mar. 28, 2013) (12-1181), which was referred to by this Court in its Order, R. 157 at 6, and the Parties, in briefing Plaintiffs' motion for reconsideration of that Order. R. 165, 171, 174.

3. Yesterday, by accessing the online docket of the Supreme Court of the United States, I observed the petititon for certiorari in this matter had been denied, which was confirmed by my receipt today of the ECF notice attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 29, 2013　　　　　　　　　　　　　　　s/David A. Stampley
　　　　　　　　　　　　　　　　　　　　　　　　David A. Stampley

## CERTIFICATE OF SERVICE

      I hereby certify that on May 29, 2013, I electronically filed with the Clerk of the Court the foregoing document using the CM/ECF system which will send notification of such filing to the following attorneys for the Defendant and their e-mail addresses on file with the Court:

**TO:**

| | |
|---|---|
| Thomas A. Counts<br>Paul Hastings LLP<br>55 Second Street, 24th Floor<br>San Francisco, CA 94105<br>(415) 856-7070<br>tomcounts@paulhastings.com | Giselle Perez de Donado<br>Paul Hastings LLP<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL 60606<br>(312) 499-6000<br>giselleperez@paulhastings.com |
| Ryan C. Nier<br>Paul Hastings LLP<br>55 Second Street, 24th Floor<br>San Francisco, CA 94105<br>(415) 856-7000<br>ryannier@paulhastings.com | Kelly Ann Demarchis<br>Paul Hastings LLP<br>875 15th Street NW<br>Washington, DC 20005<br>(202) 551-1700<br>kellydemarchis@paulhastings.com |
| | Kenneth W. Gage<br>Paul Hastings LLP<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL 60606<br>(312) 499-6046<br>kennethgage@paulhastings.com |

                                            s/David A. Stampley
                                            David A. Stampley