# EXHIBIT A

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

May 28, 2013

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

    Re:  Kathleen Kirch, et vir
           v. Embarq Management Company, et al.
           No. 12-1181
           (Your No. 11-3275)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied. Justice Alito took no part in the consideration or decision of this petition.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk