# UNITED STATES DISTRICT COURT
## for the
## Northern District of Illinois

| | |
|---|---|
| Dan Valentine, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 09 C 7653 |
| WideOpen West Finance, LLC ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:
Second amended complaint, and the case, is dismissed with prejudice. Judgment entered against Plaintiffs and in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: Sep 27, 2013

Thomas G. Bruton, Clerk of Court

/S/Sandra Brooks