United States District Court for the Northern District of Illinois
File Number 09 C 7653

| | |
|---|---|
| DAN VALENTINE, *et al.*,       *Plaintiffs*, <br><br> v. <br><br> WIDEOPEN WEST FINANCE, LLC,      *Defendant.* | ) <br> ) <br> ) <br> )    Notice of Appeal <br> ) <br> ) <br> ) |

Notice is hereby given that Dan Valentine, plaintiff, individually and on behalf of all others similarly situated, in the above-captioned putative class action against the sole defendant, WideOpen West Finance, LLC, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 27th day of September, 2013 and underlying orders entered on the 20th day of December, 2012 and the 27th day of September, 2013: (1) dismissing the plaintiff's claims under 18 U.S.C. § 2511(1)(a); (2) denying the plaintiff's motion for reconsideration of the aforementioned order of dismissal; (3) dismissing the plaintiff's claims under 18 U.S.C. §§ 2511(1)(c) and (d); and (4) denying the plaintiff's motion for leave to amend the complaint.

                                                        Counsel of Record

                                                        /s/Scott A. Kamber
                                                        SCOTT A. KAMBER (*pro hac vice*)
                                                        Attorney for Plaintiff Dan Valentine
                                                        skamber@kamberlaw.com
                                                         KAMBERLAW, LLC
                                                        100 Wall Street, 23rd Floor
                                                        New York, New York 10005
                                                        Telephone: (212) 920-3072
                                                        Facsimile: (212) 202-6364

DAVID A. STAMPLEY  (*pro hac vice*)
dstampley@kamberlaw.com
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, NY 10005
Telephone:  (212) 920-3072
Facsimile:   (212) 202-6364

GRACE E. TERSIGNI  (*pro hac vice*)
gtersigni@kamberlaw.com
KAMBERLAW, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone:  (212) 920-3072
Facsimile:   (212) 202-6364

MICHAEL ASCHENBRENER
mja@aschenbrenerlaw.com
ASCHENBRENER LAW, P.C.
1016 West Jackson Boulevard
Chicago, Illinois 60607
Telephone:  (312) 462-4922
Facsimile:   (312) 462-4923