# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

October 29, 2013

**To:**   Thomas G. Bruton
         Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 13-3405
>
> Caption:
> DAN VALENTINE,
> Plaintiff - Appellant
>
> v.
>
> WIDEOPEN WEST, FINANCE, LLC,
> Defendant - Appellee
>
> District Court No: 1:09-cv-07653
> Court Reporter Krista Burgeson
> District Judge Edmond Chang
> Clerk/Agency Rep Thomas Bruton
>
> Date NOA filed in District Court: 10/28/2013

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)