

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
**CLERK**

312-435-5670

November 14, 2013

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: *Valentine -v- WOW, Finance*

U.S.D.C. DOCKET NO. *: 09 cv 7653*

U.S.C.A. DOCKET NO. : *13-3405*

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF *ELECTRONIC* PLEADING(S)          *4*

VOLUME(S) OF *ELECTRONIC* TRANSCRIPT(S)          *1*

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Thomas G. Bruton, Clerk

By: D. Jordan
Deputy Clerk

**I, THOMAS G. BRUTON, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

    *4 Volumes of Pleadings*
    *1 E-transcript*

In the cause entitled: Valentine -v- WOW, Finance.

USDC NO.    : 09 cv 7653

USCA NO.    : 13-3405

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 14th day of Nov. 2013.

        THOMAS G. BRUTON, CLERK

        By: /s/ D. Jordan, Deputy Clerk

APPEAL,COX,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 5.1.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:09-cv-07653
### Internal Use Only

Valentine v. WideOpen West, Finance, LLC
Assigned to: Honorable Edmond E. Chang
Demand: $9,999,000

Case in other court:
                                 13-03405

Cause: 28:1331 Fed. Question: Tort Action

Date Filed: 12/09/2009
Date Terminated: 09/27/2013
Jury Demand: Both
Nature of Suit: 370 Personal Prop.:
Fraud or Truth-In-Lending
Jurisdiction: Federal Question

**Plaintiff**

**Dan Valentine**

represented by **Brian J. Panish**
Panish, Shea & Boyle, LLP
11111 Santa Monica Boulevard
Suite 700
Los Angeles, CA 90025
(310) 477-1700
Email: panish@psblaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Andrew Stampley**
KamberLaw, LLC
11 Broadway
22nd Floor
New York, NY 10004
(212) 920-3072
Fax: (212) 920-3081
Email: dstampley@kamberlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Grace E Parasmo**
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, NY 10005

(212) 461-6157
Fax: 212-202-6364
Email: gparasmo@kamberlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael James Aschenbrener**
Aschenbrener Law, P.C.
10 South Riverside Plaza
Suite 1800
Chicago, IL 60606
312-970-9303
Email: mja@aschenbrenerlaw.com
*ATTORNEY TO BE NOTICED*

**Peter L. Kaufman**
Panish, Shea & Boyle, LLP
11111 Santa Monica Blvd.
Suite 700
Los Angeles, CA 90025
(310) 477-1700
Email: kaufman@psblaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rahul Ravipudi**
Panish, Shea & Boyle, Llp
11111 Santa Monica Blvd.
Suite 700
Los Angeles, CA 90025
(310) 477-1700
Email: ravipudi@psblaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott A Kamber**
Kamber Law, LLC
100 Wall Street
23rd Floor
New York, NY 10005
646 964 9603
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**W. Brand Bobobsky**
*individually, and on behalf of himself
and all others similarly situated*

represented by **David Andrew Stampley**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**WideOpen West, Finance, LLC**
*a Delaware Corporation*

represented by **Steven Thomas Catlett**
SchiffHardin
233 S. Wacker Dr.
Ste. 6600
Chicago, IL 60606
(312) 258-5572
Email: SCatlett@schiffhardin.com
*TERMINATED: 08/03/2011*
*LEAD ATTORNEY*

**Behnam Dayanim**
Paul Hastings Janofsky & Walker Llp
875 15th St., N.w.
Washington, DC 20005
(202) 551-1737
Email: bdayanim@paulhastings.com
*TERMINATED: 08/03/2011*
*PRO HAC VICE*

**Giselle Perez de Donado**
Paul Hastings LLP
191 N. Wacker Drive
13th Floor
Chicago, IL 60606
(312) 460-5889
Fax: (312) 460-7889
Email: GdeDonado@seyfarth.com
*ATTORNEY TO BE NOTICED*

**Kelly Ann Demarchis**
Paul, Hastings, Janofsky & Walker
Llp
875 15th Street Nw
Washington, DC 20005
(202) 551-1700

Email:
kellydemarchis@paulhastings.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth W. Gage**
Paul, Hastings, Jonofsky & Walker
191 N. Wacker Drive
Chicago, IL 60606
(312) 499-6046
Email:
kennethgage@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Ryan C. Nier**
Paul Hastings LLP
55 Second Street
Twenty-fourth Floor
San Francisco, CA 94105
(415) 856-7000
Email: ryannier@paulhastings.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel C. Zun**
Paul Hastings LLP
55 Second Street, Twenty-Fourth
Floor
San Francisco, CA 94105
(415) 856-7000
Fax: (415) 856-7100
Email: samuelzun@paulhastings.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas A. Counts**
Paul Hastings LLP
55 Second Street
24th Floor
San Francisco, CA 94105
(415) 856-7077
Email: tomcounts@paulhastings.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/2009 | 1 | COMPLAINT filed by Dan Valentine; Jury Demand. Filing fee $ 350, receipt number 07520000000004346696.(Aschenbrener, Michael) (Entered: 12/09/2009) |
| 12/09/2009 | 2 | CIVIL Cover Sheet (Aschenbrener, Michael) (Entered: 12/09/2009) |
| 12/09/2009 | 3 | ATTORNEY Appearance for Plaintiff Dan Valentine by Michael James Aschenbrener (Aschenbrener, Michael) (Entered: 12/09/2009) |
| 12/10/2009 | | CASE ASSIGNED to the Honorable Milton I. Shadur. Designated as Magistrate Judge the Honorable Susan E. Cox. (kjd, ) (Entered: 12/10/2009) |
| 12/10/2009 | 4 | SUMMONS Issued as to Defendant WideOpen West, Finance, LLC. (gmr, ) (Entered: 12/11/2009) |
| 12/11/2009 | 5 | MINUTE entry before the Honorable Milton I. Shadur: Status hearing set for 1/27/2010 at 09:00 AM.Mailed notice (srn, ) (Entered: 12/11/2009) |
| 12/21/2009 | 6 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-4378657. (Kamber, Scott) (Entered: 12/21/2009) |
| 12/29/2009 | 7 | MINUTE entry before Honorable Milton I. Shadur: Scott Kamber is granted leave to appear pro hac vice on behalf of the Plaintiffs. ( 6 -1) Mailed notice (gmr, ) (Entered: 12/30/2009) |
| 01/12/2010 | 8 | ATTORNEY Appearance for Defendant WideOpen West, Finance, LLC by Giselle Perez de Donado (Perez de Donado, Giselle) (Entered: 01/12/2010) |
| 01/12/2010 | 9 | ATTORNEY Appearance for Defendant WideOpen West, Finance, LLC by Steven Thomas Catlett (Catlett, Steven) (Entered: 01/12/2010) |
| 01/12/2010 | 10 | MINUTE entry before Honorable Milton I. Shadur:At the request of counsel the Status hearing is reset for 2/17/2010 at 09:00 AM.Mailed notice (srn, ) (Entered: 01/12/2010) |
| 01/12/2010 | 11 | MOTION by Defendant WideOpen West, Finance, LLC for extension of time to file answer (Perez de Donado, Giselle) (Entered: 01/12/2010) |
| 01/12/2010 | 12 | NOTICE of Motion by Giselle Perez de Donado for presentment of motion for extension of time to file answer 11 before Honorable Milton I. Shadur on 1/22/2010 at 09:15 AM. (Perez de Donado, Giselle) (Entered: 01/12/2010) |
| 01/14/2010 | 13 | MINUTE entry before Honorable Milton I. Shadur:Motion for extension of time to answer 11 is granted. If to the extent the defendant moves to dismiss the Complaint that motion is due on or before February 15, 2010. If defendant elects to file an answer it is due on or before March 15, 2010. The February 17 status date is vacated. Status hearing reset for 3/23/2010 at 09:00 AM.Mailed notice (srn, ) (Entered: 01/14/2010) |
| 01/15/2010 | 14 | NOTICE by Scott A Kamber of Change of Address *Change of Firm* |

| | | |
|---|---|---|
| | | *Affiliation* (Kamber, Scott) (Entered: 01/15/2010) |
| 01/15/2010 | 15 | Notice of Change of Firm Affiliation for Counsel of Record by Dan Valentine (Stampley, David) (Entered: 01/15/2010) |
| 02/10/2010 | 16 | MINUTE entry before Honorable Milton I. Shadur:By agreement, the time for filing defendant's motion to dismiss is extended to February 22, 2010. Mailed notice (srn, ) (Entered: 02/10/2010) |
| 02/18/2010 | 17 | MOTION by Defendant WideOpen West, Finance, LLC for leave to file excess pages *in Memoradum in Support of Motion to Dismiss* (Perez de Donado, Giselle) (Entered: 02/18/2010) |
| 02/18/2010 | 18 | NOTICE of Motion by Giselle Perez de Donado for presentment of motion for leave to file excess pages 17 before Honorable Milton I. Shadur on 2/22/2010 at 09:15 AM. (Perez de Donado, Giselle) (Entered: 02/18/2010) |
| 02/19/2010 | 19 | MINUTE entry before Honorable Milton I. Shadur:Motion for leave to file excess pages 17 is granted. To the extent that plaintiff's counsel is reasonably required to exceed the 15-page limit to respond to defendant's memorandum, leave is also granted to do so. Mailed notice (srn, ) (Entered: 02/19/2010) |
| 02/19/2010 | 20 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-4544849. (Dayanim, Behnam) (Entered: 02/19/2010) |
| 02/22/2010 | 21 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-4547320. (Demarchis, Kelly) (Entered: 02/22/2010) |
| 02/22/2010 | 22 | MOTION by Defendant WideOpen West, Finance, LLC to dismiss *Plaintiff's Complaint* (Perez de Donado, Giselle) (Entered: 02/22/2010) |
| 02/22/2010 | 23 | MEMORANDUM by WideOpen West, Finance, LLC in support of motion to dismiss 22 (Attachments: # 1 Exhibit 1 - WOW's Response to Congress)(Perez de Donado, Giselle) (Entered: 02/22/2010) |
| 02/22/2010 | 24 | NOTICE of Motion by Giselle Perez de Donado for presentment of motion to dismiss 22 before Honorable Milton I. Shadur on 3/2/2010 at 09:15 AM. (Perez de Donado, Giselle) (Entered: 02/22/2010) |
| 02/22/2010 | 25 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by WideOpen West, Finance, LLC (Perez de Donado, Giselle) (Entered: 02/22/2010) |
| 02/22/2010 | 26 | MINUTE entry before Honorable Milton I. Shadur: Kelly A DeMarchis and Behnam Dayanim are granted leave to appear pro hac vice on behalf of the defendants. [20-1, 21-1] Mailed notice (ep, ) (Entered: 02/23/2010) |
| 02/24/2010 | 27 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-4559685. (Stampley, David) (Entered: 02/24/2010) |
| 03/01/2010 | 28 | MINUTE entry before Honorable Milton I. Shadur: David Stampley is granted leave to appear pro hac vice on behalf of the Plaintiff. 27 -1. Mailed notice (gmr, ) (Entered: 03/02/2010) |

| 03/02/2010 | 29 | MINUTE entry before Honorable Milton I. Shadur:Motion to dismiss 22 is entered and continued to 5/3/10 at 9:00 a.m. Motion hearing held on 3/2/2010. The March 23 status date is stricken.Mailed notice (srn, ) (Entered: 03/02/2010) |
| 04/27/2010 | 30 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-4756410. (Ravipudi, Rahul) (Entered: 04/27/2010) |
| 04/27/2010 | 31 | MINUTE entry before Honorable Milton I. Shadur: Rahul Ravipudi is granted leave to appear pro hac vice on behalf of the Plaintiffs. ( 30 - 1)Mailed notice (gmr, ) (Entered: 04/28/2010) |
| 04/28/2010 | 32 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-4760916. (Panish, Brian) (Entered: 04/28/2010) |
| 04/28/2010 | 33 | MINUTE entry before Honorable Milton I. Shadur: Brian Panish is granted leave to appear pro hac vice on behalf of the Plaintiffs. ( 32 -1) Mailed notice (gmr, ) (Entered: 04/29/2010) |
| 05/03/2010 | 34 | MINUTE entry before Honorable Milton I. Shadur:Status hearing held on 5/3/2010. Telephonic Status hearing set for 6/25/2010 at 08:45 AM.Mailed notice (srn, ) (Entered: 05/03/2010) |
| 05/04/2010 | 35 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-4779872. (Counts, Thomas) (Entered: 05/04/2010) |
| 05/06/2010 | 36 | MINUTE entry before Honorable Milton I. Shadur: Thomas A. Counts is granted leave to appear pro hac vice on behalf of the Defendant, WideOpen West Finance, LLC. ( 35 -1). Mailed notice (gmr, ) (Entered: 05/07/2010) |
| 06/25/2010 | 37 | MINUTE entry before Honorable Milton I. Shadur:Status hearing held on 6/25/2010. Status hearing set for 8/19/2010 at 08:45 AM.Mailed notice (srn, ) (Entered: 06/25/2010) |
| 08/19/2010 | 38 | MINUTE entry before Honorable Milton I. Shadur:Status hearing held on 8/19/2010. Status hearing set for 8/20/2010 at 08:45 AM.Mailed notice (srn, ) (Entered: 08/19/2010) |
| 08/20/2010 | 39 | MINUTE entry before Honorable Milton I. Shadur:Status hearing held on 8/20/2010. Plaintiff's response to defendant's motion to dismiss is due on or before August 30, 2010. Mailed notice (srn, ) (Entered: 08/20/2010) |
| 08/30/2010 | 40 | MEMORANDUM by Dan Valentine in Opposition to motion to dismiss 22 (Stampley, David) (Entered: 08/30/2010) |
| 09/01/2010 | 41 | MINUTE entry before Honorable Milton I. Shadur: Enter Memorandum Opinion and Order. Wow'sMotion to dismiss 22 is denied, without prejudice to its possible reassertion after the next Status hearing to be held 9/10/2010 at 08:45 AM.Mailed notice (srn, ) (Entered: 09/01/2010) |
| 09/01/2010 | 42 | MEMORANDUM Opinion and Order Signed by the Honorable Milton I. Shadur on 9/1/2010:Mailed notice(srn, ) (Entered: 09/01/2010) |

| | | |
|---|---|---|
| 09/02/2010 | 43 | MINUTE entry before Honorable Milton I. Shadur:At the request of counsel the Status hearing is reset for 9/15/2010 at 08:30 AM.Mailed notice (srn, ) (Entered: 09/02/2010) |
| 09/13/2010 | 44 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-5209130. (Kaufman, Peter) (Entered: 09/13/2010) |
| 09/15/2010 | 45 | MINUTE entry before Honorable Milton I. Shadur: Peter Kaufman is granted leave to appear pro hac vice on behalf of the Plaintiffs. ( 44 -1) Mailed notice (gmr, ) (Entered: 09/15/2010) |
| 09/15/2010 | 46 | MINUTE entry before Honorable Milton I. Shadur:Status hearing held on 9/15/2010. Status hearing set for 11/16/2010 at 08:45 AM.Mailed notice (srn, ) (Entered: 09/15/2010) |
| 11/16/2010 | 47 | MINUTE entry before Honorable Milton I. Shadur:Status hearing held on 11/16/2010. Status hearing set for 1/10/2011 at 08:45 AM.Mailed notice (srn, ) (Entered: 11/16/2010) |
| 01/07/2011 | 48 | MINUTE entry before Honorable Milton I. Shadur:The January 10 status hearing is vacated, as this case is scheduled to be transferred to newly appointed Judge Chang. Mailed notice (srn, ) (Entered: 01/07/2011) |
| 01/07/2011 | 49 | EXECUTIVE COMMITTEE ORDER: It appearing that, pursuant to the Executive Committee Order entered on December 23, 2010, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Edmond E. Chang, therefore IT IS HEREBY ORDERED That the attached list of 281 cases be reassigned to the Honorable Edmond E. Chang. IT IS FURTHER ORDERED that this order shall become effective on Monday, January 10, 2011. Case reassigned to the Honorable Edmond E. Chang for all further proceedings. Signed by Executive Committee on 1/7/11. Mailed notices.(lcw, ) (Entered: 01/10/2011) |
| 01/26/2011 | 50 | MINUTE entry before Honorable Edmond E. Chang: Status hearing set for 2/2/2011 at 9:00a.m.Mailed notice (slb, ) (Entered: 01/26/2011) |
| 01/31/2011 | 51 | MINUTE entry before Honorable Edmond E. Chang: The status hearing scheduled for 2/2/2011 is reset to 2/9/2011 at 9:00a.m. Mailed notice (slb, ) (Entered: 01/31/2011) |
| 02/09/2011 | 52 | MINUTE entry before Honorable Edmond E. Chang: Status hearing held. The deposition of the technical employee from WideOpen West, Finance, LLC to be taken either for the last week of February or the first week in March. Status hearing set for 3/24/2011 at 9:00a.m. Mailed notice (slb, ) (Entered: 02/09/2011) |
| 03/23/2011 | 53 | MINUTE entry before Honorable Edmond E. Chang: The status hearing scheduled for 3/24/2011 at 9:00a.m. is reset to 3/24/2011 at 8:30a.m. Mailed notice (slb, ) (Entered: 03/23/2011) |

| 03/24/2011 | 54 | MINUTE entry before Honorable Edmond E. Chang: Status hearing held. Plaintiff's counsel reports that the deposition of the technical employee from WideOpen West, Finance, LLC was taken. Status hearing set for 4/7/2011 at 8:30a.m. Leave of court is given to plaintiffs's counsel to appear by telephone for the 4/7/2011 status hearing, if he so chooses. Mailed notice (slb, ) (Entered: 03/24/2011) |
| 04/07/2011 | 55 | MINUTE entry before Honorable Edmond E. Chang: Status hearing held. David Stampley appeared by telephone. Defendant's dispositive motion to be filed on 4/21/2011. Response to be filed on 5/12/2011. Reply to be filed on 5/19/2011. The Court orders that the Rule 26(a)(1) disclosures start taking place. Status hearing set for 6/2/2011 at 8:30a.m. Mailed notice (slb, ) (Entered: 04/07/2011) |
| 04/20/2011 | 56 | *Notice of Emergency Motion for Leave to File a 40-Page Memorandum in Support of Defendant's Motion to Dismiss* NOTICE of Motion by Thomas A. Counts for presentment of before Honorable Edmond E. Chang on 4/21/2011 at 08:30 AM. (Counts, Thomas) (Entered: 04/20/2011) |
| 04/20/2011 | 57 | MOTION by Defendant WideOpen West, Finance, LLC for leave to file excess pages *Emergency Motion for Leave to File A 40-Page Memorandum in Support of Defendant's Motion to Dismiss* (Attachments: # 1 Exhibit A)(Counts, Thomas) (Entered: 04/20/2011) |
| 04/21/2011 | 58 | MINUTE entry before Honorable Edmond E. Chang: Defendant's motion to exceed the 15-page limit 57 is granted in part and denied in part. The motion does not explain why the memorandum in support of the motion to dismiss is 17 pages longer than the 23-page memorandum filed during the first round of briefing; perhaps this memorandum anticipates Plaintiff's responses, having had a preview of the response arguments during the first round. In any event, Defendant may file a 30-page memorandum. Plaintiffs are given leave to file up to 30 pages in response (although the response was not that long during the first round). The opening brief is now due on 04/25/2011; response is due on 5/16/2011; reply is due 05/23/2011. Status hearing of 06/02/2011 is reset to 06/08/2011 at 8:30a.m. Mailed notice (slb, ) (Entered: 04/21/2011) |
| 04/25/2011 | 59 | MOTION by Defendant WideOpen West, Finance, LLC to dismiss *Complaint* (Counts, Thomas) (Entered: 04/25/2011) |
| 04/25/2011 | 60 | MEMORANDUM by WideOpen West, Finance, LLC in support of motion to dismiss 59 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Counts, Thomas) (Entered: 04/25/2011) |
| 04/25/2011 | 61 | NOTICE of Motion by Thomas A. Counts for presentment of motion to dismiss 59 before Honorable Edmond E. Chang on 6/8/2011 at 08:30 AM. (Counts, Thomas) (Entered: 04/25/2011) |
| 05/12/2011 | 62 | MOTION by Plaintiff Dan Valentine for extension of time to file response/reply *and reset hearing date* (Stampley, David) (Entered: |

| | | 05/12/2011) |
|---|---|---|
| 05/19/2011 | 63 | NOTICE of Motion by David Andrew Stampley for presentment of motion for extension of time to file response/reply 62 before Honorable Edmond E. Chang on 5/23/2011 at 08:30 AM. (Stampley, David) (Entered: 05/19/2011) |
| 05/20/2011 | 64 | MINUTE entry before Honorable Edmond E. Chang: Plaintiff's unopposed motion for enlargement of time for plaintiff to respond to the pending motion to dismiss is granted. Response due May 23, 2011. Reply due May 31, 2011. Status hearing of 6/8/2011 is reset to 6/22/2011 at 8:30a.m. Mailed notice (slb, ) (Entered: 05/20/2011) |
| 05/26/2011 | 65 | MEMORANDUM by Dan Valentine in Opposition to motion to dismiss 59 (Stampley, David) (Entered: 05/26/2011) |
| 05/27/2011 | 66 | MOTION by Plaintiff Dan Valentine for extension of time to file response/reply as to memorandum in opposition to motion 65 *for Defendant's Reply* (Stampley, David) (Entered: 05/27/2011) |
| 05/27/2011 | 67 | NOTICE of Motion by David Andrew Stampley for presentment of motion for extension of time to file response/reply, motion for relief 66 before Honorable Edmond E. Chang on 6/1/2011 at 08:30 AM. (Stampley, David) (Entered: 05/27/2011) |
| 05/31/2011 | 68 | MINUTE entry before Honorable Edmond E. Chang: Defendant's unopposed motion for extension to reply 66 is granted to 06/08/2011. Status hearing of 06/22/2011 is reset to 07/12/2011 at 8:30a.m. Mailed notice (slb, ) (Entered: 05/31/2011) |
| 06/08/2011 | 69 | MOTION by Defendant WideOpen West, Finance, LLC to compel *Arbitration of Counts I, II, IV, V, VI, VII, and Stay Count III* (Counts, Thomas) (Entered: 06/08/2011) |
| 06/08/2011 | 70 | NOTICE of Motion by Thomas A. Counts for presentment of motion to compel 69 before Honorable Edmond E. Chang on 7/12/2011 at 08:30 AM. (Counts, Thomas) (Entered: 06/08/2011) |
| 06/08/2011 | 71 | MEMORANDUM by WideOpen West, Finance, LLC in support of motion to compel 69 (Counts, Thomas) (Entered: 06/08/2011) |
| 06/08/2011 | 72 | DECLARATION of Steve Zeiden regarding motion to compel 69 *Declaration of Steve Zeiden in Support of Motion by Defendant WideOpenWest Finance, LLC to Compel Arbitration of Counts I, II, IV, V, VI, VII, and Stay Count III* (Attachments: # 1 Exhibit A)(Counts, Thomas) (Entered: 06/08/2011) |
| 06/08/2011 | 73 | DECLARATION of Ryan C. Nier regarding motion to compel 69 *Declaration of Ryan C. Nier in Support of Motion by Defendant WideOpenWest Finance, LLC to Compel Arbitration of Counts I, II, IV, V, VI, VII, and Stay Count III* (Attachments: # 1 Exhibit A)(Counts, Thomas) (Entered: 06/08/2011) |

| | | |
|---|---|---|
| 06/08/2011 | 74 | MOTION by Defendant WideOpen West, Finance, LLC to strike complaint 1 *Motion to Strike Plaintiff's Class Allegations* (Counts, Thomas) (Entered: 06/08/2011) |
| 06/08/2011 | 75 | *Notice of Motion to Strike Plaintiff's Class Allegations* NOTICE of Motion by Thomas A. Counts for presentment of motion to strike, motion for relief 74 before Honorable Edmond E. Chang on 7/12/2011 at 08:30 AM. (Counts, Thomas) (Entered: 06/08/2011) |
| 06/08/2011 | 76 | MEMORANDUM by WideOpen West, Finance, LLC in support of motion to strike, motion for relief 74 *Memorandum in Support of Motion by Defendant WideOpenWest Finance, LLC to Strike Plaintiff's Class Allegations* (Counts, Thomas) (Entered: 06/08/2011) |
| 06/08/2011 | 77 | REPLY by WideOpen West, Finance, LLC to memorandum in opposition to motion 65 *Reply Brief in Support of Motion by Defendant WideOpenWest Finance, LLC to Dismiss Complaint* (Attachments: # 1 Exhibit A)(Counts, Thomas) (Entered: 06/08/2011) |
| 06/14/2011 | 78 | *AMENDED* NOTICE of Motion by Thomas A. Counts for presentment of motion to compel 69 before Honorable Edmond E. Chang on 6/22/2011 at 08:30 AM. (Counts, Thomas) (Entered: 06/14/2011) |
| 06/14/2011 | 79 | *AMENDED* NOTICE of Motion by Thomas A. Counts for presentment of motion to strike, motion for relief 74 before Honorable Edmond E. Chang on 6/22/2011 at 08:30 AM. (Counts, Thomas) (Entered: 06/14/2011) |
| 06/21/2011 | 80 | MINUTE entry before Honorable Edmond E. Chang: On or before 7/19/2011, Plaintiff shall respond to Defendant's motion to compel arbitration 69 and motion to strike class allegations 75 . Plaintiff may file separate the responses in separate filings, each up to the 15-page limit. Defendant shall reply on or before 7/29/2011. Status hearing of 7/12/2011 is reset for 8/30/2011 at 8:30a.m. Mailed notice (slb, ) (Entered: 06/21/2011) |
| 07/08/2011 | 81 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-6170448. (Nier, Ryan) (Entered: 07/08/2011) |
| 07/11/2011 | 82 | MINUTE entry before Honorable Edmond E. Chang: Application by Ryan Nier to appear pro hac vice 81 on behalf of the defendant is granted. Mailed notice (slb, ) (Entered: 07/11/2011) |
| 07/13/2011 | 83 | ATTORNEY Appearance for Defendant WideOpen West, Finance, LLC by Kenneth W. Gage (Gage, Kenneth) (Entered: 07/13/2011) |
| 07/19/2011 | 84 | MEMORANDUM by Dan Valentine in Opposition to motion to compel 69 (Stampley, David) (Entered: 07/19/2011) |
| 07/19/2011 | 85 | MEMORANDUM by Dan Valentine in Opposition to motion to strike, motion for relief 74 (Stampley, David) (Entered: 07/19/2011) |
| 07/25/2011 | 86 | NOTICE by Thomas A. Counts of Change of Address *Notice of Change of* |

| | | |
|---|---|---|
| | | *Firm Name* (Counts, Thomas) (Entered: 07/25/2011) |
| 07/26/2011 | 87 | ~~MOTION by counsel for Defendant W~~ideOpen West, Finance, LLC to ~~withdraw as attorney~~ *Defendant WideOpenWest Finance, LLC's Motion to Withdraw Appearance of Steven Thomas Catlett* (Counts, Thomas) (Entered: 07/26/2011) |
| 07/26/2011 | 88 | ~~NOTICE of Motion by Thomas A. Counts for presentment of motion to withdraw as attorney 87 before Honorable Edmond E. Chang on 8/9/2011 at 08:30 AM. (Counts, Thomas) (Entered: 07/26/2011)~~ |
| 07/26/2011 | 89 | ~~MOTION by counsel for Defendant W~~ideOpen West, Finance, LLC to ~~withdraw as attorney~~ *Defendant WideOpenWest Finance, LLC's Motion to Withdraw Appearance of Behnam Dayanim* (Counts, Thomas) (Entered: 07/26/2011) |
| 07/26/2011 | 90 | ~~NOTICE of Motion by Thomas A. Counts for presentment of motion to withdraw as attorney 89 before Honorable Edmond E. Chang on 8/9/2011 at 08:30 AM. (Counts, Thomas) (Entered: 07/26/2011)~~ |
| 07/29/2011 | 91 | ~~MOTION by Plaintiff Dan Valentine for leave t~~o file *to submit Notice of Supplemental Authority* (Attachments: # 1 Exhibit A)(Stampley, David) (Entered: 07/29/2011) |
| 07/29/2011 | 92 | ~~NOTICE of Motion by David Andrew Stampley for presentment of motion for leave to file 91 before Honorable Edmond E. Chang on 8/4/2011 at 08:30 AM. (Stampley, David) (Entered: 07/29/2011)~~ |
| 07/29/2011 | 93 | ~~REPLY by D~~efendant WideOpen West, Finance, LLC to memorandum in opposition to motion 84 , memorandum in opposition to motion 85 *Consolidated Reply Brief in Support of Motions by Defendant WideOpenWest Finance, LLC to (1) Compel Arbitration of Counts I, II, IV, V, VI, VII, (Dkt. No. 69) and Stay Count III, and (2) Strike Plaintiff's Class Allegations (Dkt. No. 64)* (Counts, Thomas) (Entered: 07/29/2011) |
| 08/03/2011 | 94 | ~~MINUTE entry before Honorable Edmond E. Chang: Plaintiff's m~~otion to notify the Court of supplemental authority 91 is granted. Defendant's motions to withdraw appearances of certain counsel [87, 89] are granted. Status hearing of 08/30/11 at 8:30 a.m. remains as scheduled. Mailed notice (slb, ) (Entered: 08/03/2011) |
| 08/03/2011 | 95 | ~~NOTICE of~~ Supplemental Authority by Dan Valentine (Exhibits). (et, ) (Entered: 08/04/2011) |
| 08/23/2011 | 96 | ~~MOTION by Defendant W~~ideOpen West, Finance, LLC for leave to file *Defendant WideOpenWest Finance, LLC's Unopposed Motion for Leave to Submit Notice of Supplemental Authority* (Attachments: # 1 Exhibit A)(Counts, Thomas) (Entered: 08/23/2011) |
| 08/23/2011 | 97 | ~~NOTICE of Motion by Thomas A. Counts for presentment of motion for leave to file 96 before Honorable Edmond E. Chang on 8/29/2011 at 08:30~~ |

| | | |
|---|---|---|
| | | AM. (Counts, Thomas) (Entered: 08/23/2011) |
| 08/25/2011 | 98 | MINUTE entry before Honorable Edmond E. Chang: Defendant WOW's motion to submit supplemental authority 96 is granted. (There is no need to re-file separately the attachment to R. 96.) In light of the fully-briefed motions, the status hearing of 08/30/11 is reset to 10/5/2011 at 8:30a.m. Mailed notice (slb, ) (Entered: 08/25/2011) |
| 09/14/2011 | 99 | *Regarding Proposed Amendment of Complaint,* NOTICE of Motion by David Andrew Stampley for presentment of before Honorable Edmond E. Chang on 9/19/2011 at 08:30 AM. (Stampley, David) (Entered: 09/14/2011) |
| 09/14/2011 | 100 | MOTION by Plaintiff Dan Valentine to amend/correct *complaint by filing First Amended Complaint* (Attachments: # 1 Exhibit Proposed First Amended Complaint)(Stampley, David) (Entered: 09/14/2011) |
| 09/14/2011 | 101 | MOTION by Plaintiff Dan Valentine to amend/correct MOTION by Plaintiff Dan Valentine to amend/correct *complaint by filing First Amended Complaint* 100 , notice of motion 99 (Attachments: # 1 Exhibit Proposed First Amended Complaint (Corrected))(Stampley, David) (Entered: 09/14/2011) |
| 09/16/2011 | 102 | MINUTE entry before Honorable Edmond E. Chang: Plaintiff's motion to amend complaint 101 is entered and continued while the Court has the other motions under advisement. Mailed notice (slb, ) (Entered: 09/16/2011) |
| 09/28/2011 | 103 | MOTION by Plaintiff Dan Valentine to supplement *authority in opposition to Defendant's Motion to Compel Arbitration* (Attachments: # 1 Exhibit Exhibit A, Mortenson v. Bresnan Order, Dkt. 48)(Stampley, David) (Entered: 09/28/2011) |
| 09/28/2011 | 104 | *Regarding Plaintiff's Opposition to Defendant's Motion to Compel Arbitration 84* NOTICE of Motion by David Andrew Stampley for presentment of motion to supplement 103 before Honorable Edmond E. Chang on 10/5/2011 at 08:30 AM. (Stampley, David) (Entered: 09/28/2011) |
| 09/28/2011 | 105 | MINUTE entry before Honorable Edmond E. Chang: By agreement of the parties, the status hearing of 10/05/2011 is reset for 10/19/2011 at 9:00a.m. Mailed notice (slb, ) (Entered: 09/28/2011) |
| 10/04/2011 | 106 | MINUTE entry before Honorable Edmond E. Chang: Plaintiff's motion to file supplemental authority 103 is granted. The status hearing of 10/19/11 at 9 a.m. remains as scheduled. Mailed notice (slb, ) (Entered: 10/04/2011) |
| 10/04/2011 | 107 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-6439021. (Parasmo, Grace) (Entered: 10/04/2011) |
| 10/04/2011 | 108 | MINUTE entry before Honorable Edmond E. Chang:Application by Grace Parasmo to appear pro hac vice 107 on behalf of the plaintiff is granted. Mailed notice (slb, ) (Entered: 10/04/2011) |

| | | |
|---|---|---|
| 10/18/2011 | 109 | MINUTE entry before Honorable Edmond E. Chang: The pending motions and supplemental filings are under advisement. Status hearing of 10/19/11 is reset to 12/20/11 at 8:30 a.m. Mailed notice (slb, ) (Entered: 10/18/2011) |
| 12/19/2011 | 110 | MINUTE entry before Honorable Edmond E. Chang: The Court has under advisement the pending motions and supplemental filings. Status hearing of 12/20/11 is reset to 1/24/12 at 8:30 a.m. Mailed notice (slb, ) (Entered: 12/19/2011) |
| 12/21/2011 | 111 | MOTION by Plaintiff Dan Valentine to supplement *Authority Regarding Pending Motions to Compel and Strike Class Allegations* (Attachments: # 1 Exhibit In Re Toyota Order of Dec. 21, 2011)(Stampley, David) (Entered: 12/21/2011) |
| 12/21/2011 | 112 | NOTICE of Motion by David Andrew Stampley for presentment of motion to supplement 111 before Honorable Edmond E. Chang on 1/2/2012 at 08:30 AM. (Stampley, David) (Entered: 12/21/2011) |
| 12/22/2011 | 113 | MINUTE entry before Honorable Edmond E. Chang: Plaintiff's unopposed motion to file supplemental authority 111 is granted, and the attachment to the motion is considered the supplemental filing. Mailed notice (tlp, ) (Entered: 12/22/2011) |
| 12/22/2011 | 114 | MOTION by Defendant WideOpen West, Finance, LLC for leave to file *Defendant WideOpenWest Finance, LLC's Unopposed Motion for Leave to Submit Notice of Supplemental Authority* (Attachments: # 1 Exhibit A)(Counts, Thomas) (Entered: 12/22/2011) |
| 12/22/2011 | 115 | NOTICE of Motion by Thomas A. Counts for presentment of motion for leave to file 114 before Honorable Edmond E. Chang on 1/3/2012 at 08:30 AM. (Counts, Thomas) (Entered: 12/22/2011) |
| 12/22/2011 | 116 | MOTION by Defendant WideOpen West, Finance, LLC for leave to file *Defendant WideOpenWest Finance, LLC's Unopposed Motion for Leave to Submit Notice of Supplemental Authority* (Attachments: # 1 Exhibit A)(Counts, Thomas) (Entered: 12/22/2011) |
| 12/22/2011 | 117 | NOTICE of Motion by Thomas A. Counts for presentment of motion for leave to file 116 before Honorable Edmond E. Chang on 1/3/2012 at 08:30 AM. (Counts, Thomas) (Entered: 12/22/2011) |
| 12/23/2011 | 118 | MINUTE entry before Honorable Edmond E. Chang: Defendant's motions for leave to file [114, 116] supplemental authority are granted.Mailed notice (Chang, Edmond) (Entered: 12/23/2011) |
| 01/23/2012 | 119 | MINUTE entry before Honorable Edmond E. Chang:The pending motions and supplemental filings are still under advisement. Status hearing of 01/24/12 is reset to 2/29/2012 at 8:30 a.m. Mailed notice (slb, ) (Entered: 01/23/2012) |
| 02/28/2012 | 120 | MINUTE entry before Honorable Edmond E. Chang: Because the motions |

| | | |
|---|---|---|
| | | and supplemental filings are still pending, the status hearing of 02/29/2012 is reset to 03/14/2012 at 09:00 a.m. Mailed notice (slb, ) (Entered: 02/28/2012) |
| 03/13/2012 | 121 | MINUTE entry before Honorable Edmond E. Chang: The pending motions and supplemental filings are still under advisement. Status hearing of 03/14/12 is reset to 04/04/12 at 9:15 a.m. Mailed notice (slb, ) (Entered: 03/13/2012) |
| 03/26/2012 | 122 | MINUTE entry before Honorable Edmond E. Chang: For the reasons stated in the Opinion, the motion to compel arbitration [R. 69] is granted, the motion to amend the complaint [R. 101] is granted, the motion to dismiss [R. 59] is denied without prejudice as moot, and the motion to strike the class allegations [R. 74] is denied without prejudice as moot. The claims stated in Counts 1, 2, and 4 through 7 must be arbitrated, and the litigation of Count 3 is stayed. The Court will hold a status hearing on April 12, 2012 at 9 a.m. Mailed notice (slb, ) (Entered: 03/26/2012) |
| 03/26/2012 | 123 | MEMORANDUM Opinion and Order Signed by the Honorable Edmond E. Chang on 3/26/2012:Mailed notice(slb, ) (Entered: 03/26/2012) |
| 04/03/2012 | 124 | MINUTE entry before Honorable Edmond E. Chang: To clarify, the 04/04/12 status was reset to 04/12/12, at 9 a.m., by R. 122, so no appearance is required on 04/04/12. Mailed notice (slb, ) (Entered: 04/03/2012) |
| 04/12/2012 | 125 | MINUTE entry before Honorable Edmond E. Chang: Status hearing held. One of Plaintiff's counsel, Grace E. Parasmo, appeared by telephone. Plaintiff shall file a concise position statement in writing by 04/23/12, announcing whether Plaintiff will not pursue the arbitrable claims in arbitration and instead proceed only on the ECPA claim. If Plaintiff proceeds only on the ECPA claim, then Defendant may file a motion to dismiss, and the Court will set a briefing schedule on the motion. If Plaintiff decides to pursue the arbitration, then the stay will remain in effect and a status will be set further out. For tracking purposes, status hearing set for 04/26/12 at 11:30 a.m. Mailed notice (slb, ) (Entered: 04/12/2012) |
| 04/23/2012 | 126 | Position Statement Letter by Dan Valentine, W. Brand Bobobsky *regarding non-pursuit of claims in arbitration pursuant to Order (Dkt. 125)* (Stampley, David) (Entered: 04/23/2012) |
| 04/24/2012 | 127 | MINUTE entry before Honorable Edmond E. Chang: Plaintiffs have elected to forgo the arbitrable claims, as expressed in the Position Statement, R. 126, which this Court construes as a voluntary dismissal without prejudice, Fed. R. Civ. P. 41(a)(1)(A)(i). As previously noted, R. 125, Defendant may file a motion to dismiss (or must file an answer to) the remaining ECPA claim, on or before 05/08/12. Plaintiffs' response due 05/22/12. Defendant's reply due 05/29/12. For clarity of the record and docket sheet, Plaintiffs should separately file the amended complaint. Status hearing of 04/26/12 is reset to 06/25/12 at 8:30 a.m. Mailed notice (slb, ) (Entered: 04/24/2012) |

| | | |
|---|---|---|
| 04/25/2012 | 128 | Letter to Honorable Edmond E. Chang by WideOpen West, Finance, LLC (Counts, Thomas) (Entered: 04/25/2012) |
| 05/02/2012 | 129 | Letter by W. Brand Bobobsky, Dan Valentine *re Defendant's letter, amendment, and schedule* (Stampley, David) (Entered: 05/02/2012) |
| 05/09/2012 | 130 | *MOTION TO AMEND AND PROPOSED SECOND* AMENDED complaint by Dan Valentine, W. Brand Bobobsky against WideOpen West, Finance, LLC *PROPOSED SECOND AMENDED* (Attachments: # 1 Exhibit)(Stampley, David) Modified on 5/10/2012 (et, ). (Entered: 05/09/2012) |
| 05/09/2012 | 131 | NOTICE of Motion by David Andrew Stampley for presentment of before Honorable Edmond E. Chang on 5/14/2012 at 08:30 AM. (Stampley, David) (Entered: 05/09/2012) |
| 05/10/2012 | 132 | NOTICE of Correction regarding 130 . (et, ) (Entered: 05/10/2012) |
| 05/16/2012 | 133 | MINUTE entry before Honorable Edmond E. Chang: Motion hearing called on Plaintiff's motion to file 130 second amended complaint. Neither side appeared. Motion hearing reset for 05/24/12 at 9:30 a.m., and both sides must appear. Mailed notice (slb, ) (Entered: 05/16/2012) |
| 05/25/2012 | 134 | MINUTE entry before Honorable Edmond E. Chang: Motion hearing held on plaintiff's motion to file a second amend complaint 130 . For the reasons stated in open court, Plaintiffs motion 130 is granted. Plaintiff shall file the second amended complaint as a separate docket entry on 05/25/12. Defendant has until 06/08/12 in which to answer or otherwise plead to the amended complaint. Defendant reported that defendant will file a motion to dismiss on that date. If a motion to dismiss is filed, Plaintiff's response is due 06/22/12. Defendant's reply due 06/29/12. Status hearing set for 07/31/12 at 8:30 a.m.Mailed notice (slb, ) (Entered: 05/25/2012) |
| 05/25/2012 | 135 | *SECOND* AMENDED complaint by Dan Valentine, W. Brand Bobobsky against WideOpen West, Finance, LLC (Stampley, David) (Entered: 05/25/2012) |
| 06/08/2012 | 136 | MOTION by Defendant WideOpen West, Finance, LLC to dismiss *Plaintiffs' Second Amended Complaint* (Counts, Thomas) (Entered: 06/08/2012) |
| 06/08/2012 | 137 | MEMORANDUM by WideOpen West, Finance, LLC in support of motion to dismiss 136 (Attachments: # 1 Exhibit A)(Counts, Thomas) (Entered: 06/08/2012) |
| 06/08/2012 | 138 | NOTICE of Motion by Thomas A. Counts for presentment of motion to dismiss 136 before Honorable Edmond E. Chang on 7/31/2012 at 08:30 AM. (Counts, Thomas) (Entered: 06/08/2012) |
| 06/08/2012 | 139 | MOTION by Defendant WideOpen West, Finance, LLC to strike amended complaint 135 *Motion to Strike Class Allegations From Plaintiffs' Second Amended Complaint* (Counts, Thomas) (Entered: 06/08/2012) |

| 06/08/2012 | 140 | MEMORANDUM by WideOpen West, Finance, LLC in support of motion to strike, motion for relief 139 *Memorandum in Support of Motion by Defendant WideOpenWest Finance, LLC to Strike Plaintiffs' Class Allegations* (Counts, Thomas) (Entered: 06/08/2012) |
| 06/08/2012 | 141 | NOTICE of Motion by Thomas A. Counts for presentment of motion to strike, motion for relief 139 before Honorable Edmond E. Chang on 7/31/2012 at 08:30 AM. (Counts, Thomas) (Entered: 06/08/2012) |
| 06/21/2012 | 142 | MOTION by Plaintiffs W. Brand Bobobsky, Dan Valentine for extension of time to file response/reply as to motion to dismiss 136 , motion to strike, motion for relief 139 *and to reset hearing date* (Stampley, David) (Entered: 06/21/2012) |
| 06/21/2012 | 143 | NOTICE of Motion by David Andrew Stampley for presentment of motion for extension of time to file response/reply, motion for relief, 142 before Honorable Edmond E. Chang on 6/26/2012 at 08:30 AM. (Stampley, David) (Entered: 06/21/2012) |
| 06/22/2012 | 144 | MINUTE entry before Honorable Edmond E. Chang: Plaintiffs' motion to reset 142 is granted as follows: Plaintiffs shall file responses to Defendant's motion to dismiss 136 and motion to strike class allegation 139 on or before 07/06/12. Defendant's replies are due on or before 07/20/12. Defendant's reply on the motion to strike class allegation must discuss, at the very least, why class members on the remaining ECPA count (if the remaining count were ever to be certified as a class) would be bound by claim preclusion as to the voluntarily dismissed counts, where the voluntarily dismissed counts were never certified as a class under Rule 23 (and thus the ECPA class members (if eventually certified) would not be parties in the case when the other counts were dismissed). Status hearing of 07/31/12 is reset to 09/06/12 at 8:30 a.m. Mailed notice (slb, ) (Entered: 06/22/2012) |
| 07/06/2012 | 145 | MEMORANDUM by W. Brand Bobobsky, Dan Valentine in Opposition to motion to strike, motion for relief 139 (Stampley, David) (Entered: 07/06/2012) |
| 07/09/2012 | 146 | MEMORANDUM by W. Brand Bobobsky, Dan Valentine in Opposition to motion to dismiss 136 *Plaintiffs' Second Amended Class Action Complaint* (Stampley, David) (Entered: 07/09/2012) |
| 07/20/2012 <br><br> Flash Drive | "TYPE=PICT;ALT=LOCK" | **TRANSCRIPT OF PROCEEDINGS held on 05-24-12 before the Honorable Edmond E. Chang.** <br><br> **Court Reporter Contact Information: Krista Burgeson, krista_burgeson@ilnd.uscourts.gov, 312-435-5567.** <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through |

| | | |
|---|---|---|
| | | the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |
| | 147 | Redaction Request due 8/10/2012. Redacted Transcript Deadline set for 8/20/2012. Release of Transcript Restriction set for 10/18/2012. (Burgeson, Krista) |
| | | (Entered: 07/20/2012) |
| 07/20/2012 | 148 | REPLY by Defendant WideOpen West, Finance, LLC to memorandum in opposition to motion 146 *Defendant WideOpenWest Finance, LLC's Reply in Support of Motion to Dismiss Plaintiffs' Second Amended Complaint* (Counts, Thomas) (Entered: 07/20/2012) |
| 07/20/2012 | 149 | REPLY by Defendant WideOpen West, Finance, LLC to memorandum in opposition to motion 145 *Reply Brief in Support of Motion by Defendant WideOpenWest Finance, LLC to Strike Plaintiffs' Class Allegations (Dkt. No. 139)* (Counts, Thomas) (Entered: 07/20/2012) |
| 08/23/2012 | 150 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-7482031. (Zun, Samuel) (Entered: 08/23/2012) |
| 09/05/2012 | 151 | MINUTE entry before Honorable Edmond E. Chang:In light of the fully-briefed motion to dismiss the second amended complaint 136 and motion to strike class allegation 139 , the status hearing of 09/06/12 is reset to 10/25/12 at 8:30 a.m. Mailed notice (slb, ) (Entered: 09/05/2012) |
| 09/05/2012 | 152 | MINUTE entry before Honorable Edmond E. Chang:Application by Samuel C. Zun to appear pro hac vice 150 on behalf of the defendant is granted. Mailed notice (slb, ) (Entered: 09/05/2012) |
| 10/24/2012 | 153 | MINUTE entry before Honorable Edmond E. Chang: The motion to dismiss the second amended complaint 136 and motion to strike class allegation 139 are under advisement. Status hearing of 10/25/12 is reset to 12/5/2012 at 9:30 a.m. Mailed notice (slb, ) (Entered: 10/24/2012) |
| 12/04/2012 | 154 | MINUTE entry before Honorable Edmond E. Chang: Defendant's motion to dismiss the second amended complaint 136 and Defendant's motion to strike class allegation 139 remain under advisement. Status hearing of 12/05/12 is reset to 12/19/2012 at 2:15 p.m. Mailed notice (slb, ) (Entered: 12/04/2012) |
| 12/18/2012 | 155 | MINUTE entry before Honorable Edmond E. Chang: Defendant's summary judgment motion remains pending. Status hearing of 12/19/2012 is reset to 1/16/2013 at 8:30 a.m. Mailed notice (slb, ) (Entered: 12/18/2012) |
| 12/20/2012 | 156 | MINUTE entry before Honorable Edmond E. Chang: For the reasons stated in the Opinion, WOW's motion to dismiss [R. 136] is granted as to the interception claim under 18 U.S.C. § 2511(1)(a). WOW's motion to strike class allegations [R. 139] is denied. As discussed in the Opinion, Plaintiffs shall file a position paper on the 2511(1)(c) and (1)(d) claims on or before |

| | | December 28, 2013. WOW shall file a response by January 10, 2013. Status hearing of 01/16/13 is reset to 01/24/13 at 10:30 a.m.Mailed notice (slb, ) (Entered: 12/20/2012) |
|---|---|---|
| 12/20/2012 | 157 | MEMORANDUM Opinion and Order Signed by the Honorable Edmond E. Chang on 12/20/2012:Mailed notice(slb, ) (Entered: 12/20/2012) |
| 12/28/2012 | 158 | Position STATEMENT by Dan Valentine *pursuant to Order R. 157* (Stampley, David) (Entered: 12/28/2012) |
| 01/10/2013 | 159 | Position STATEMENT by WideOpen West, Finance, LLC *Defendant WideOpenWest Finance, LLC's Position Statement Regarding Plaintiffs' Claims Under 18 U.S.C. §§ 2511(1)(c) and (d)* (Counts, Thomas) (Entered: 01/10/2013) |
| 01/23/2013 | 160 | MINUTE entry before Honorable Edmond E. Chang: Plaintiff's position statement is in in the nature of a request for reconsideration; in the alternative, a request for leave to amend the complaint; and in the alternative, a request for a Rule 54(b) partial judgment. In order to fully flesh out those requests, the Court order two more briefs: first, on or before 02/13/13, Plaintiffs shall file a Supplement to Plaintiffs' Position Statement (attach a proposed amended complaint if that is part of the relief sought). In that brief, Plaintiffs must answer the question of what to do with the 2511(1)(c) and (d) claims in the event that Plaintiffs' requested relief is denied. On or before 03/06/13, Defendant shall file a Response to Plaintiff's Supplement. Status hearing of 01/24/13 is reset to 04/03/13 at 8:30 a.m. Mailed notice (slb, ) (Entered: 01/23/2013) |
| 02/14/2013 | 161 | MOTION by Plaintiff Dan Valentine to amend/correct *Complaint* (Attachments: # 1 Exhibit Proposed 3rd Amended Complaint)(Stampley, David) (Entered: 02/14/2013) |
| 02/14/2013 | 162 | ~~NOTICE of Motion by David Andrew Stampley for presentment of motion to amend/correct 161 before Honorable Edmond E. Chang on 4/3/2013 at 08:30 AM. (Stampley, David) (Entered: 02/14/2013)~~ |
| 02/14/2013 | 163 | MOTION by Plaintiff Dan Valentine to amend/correct MOTION by Plaintiff Dan Valentine to amend/correct *Complaint* 161 *Motion (corrected document)* (Stampley, David) (Entered: 02/14/2013) |
| 02/14/2013 | 164 | SUPPLEMENT to statement 158 *Plaintiffs' Position Stmt Pursuant to Order R 160* (Stampley, David) (Entered: 02/14/2013) |
| 02/19/2013 | 165 | MOTION by Plaintiff Dan Valentine for reconsideration regarding memorandum opinion and order 157 *and re Supplemental Position Statement, Dkt. 164* (Stampley, David) (Entered: 02/19/2013) |
| 02/20/2013 | 166 | ~~NOTICE of Motion by David Andrew Stampley for presentment of motion for reconsideration, motion for relief 165 before Honorable Edmond E. Chang on 4/3/2013 at 08:30 AM. (Stampley, David) (Entered: 02/20/2013)~~ |

| 03/06/2013 | 167 | MOTION by Defendant WideOpen West, Finance, LLC to strike MOTION by Plaintiff Dan Valentine to amend/correct MOTION by Plaintiff Dan Valentine to amend/correct *Complaint* 161 *Motion (corrected document)* 163 , notice of motion 166 , supplement 164 , MOTION by Plaintiff Dan Valentine for reconsideration regarding memorandum opinion and order 157 *and re Supplemental Position Statement, Dkt. 164* 165 , MOTION by Plaintiff Dan Valentine to amend/correct *Complaint* 161 , notice of motion 162 *Motion by Defendant WideOpenWest Finance, LLC to Strike Plaintiffs' Untimely Filed Motion for Reconsideration, to Amend, Supplement to Plaintiffs' Position Statement, and Documents Filed in Support Thereof* (Counts, Thomas) (Entered: 03/06/2013) |
| --- | --- | --- |
| 03/06/2013 | 168 | MEMORANDUM by WideOpen West, Finance, LLC in support of motion to strike, motion for relief,,, 167 (Counts, Thomas) (Entered: 03/06/2013) |
| 03/06/2013 | 169 | ~~NOTICE of Motion by Thomas A. Counts for presentment of motion to strike, motion for relief,,,167 before Honorable Edmond E. Chang on 4/3/2013 at 08:30 AM. (Counts, Thomas) (Entered: 03/06/2013)~~ |
| 03/06/2013 | 170 | RESPONSE by WideOpen West, Finance, LLCin Opposition to MOTION by Plaintiff Dan Valentine to amend/correct MOTION by Plaintiff Dan Valentine to amend/correct *Complaint* 161 *Motion (corrected document)* 163 , MOTION by Plaintiff Dan Valentine to amend/correct *Complaint* 161 *Defendant WideOpenWest Finance, LLC's ("WOW") Opposition to Plaintiffs' Motion for Leave to File Amended Complaint, Instanter* (Attachments: # 1 Appendix A)(Counts, Thomas) (Entered: 03/06/2013) |
| 03/06/2013 | 171 | RESPONSE by WideOpen West, Finance, LLCin Opposition to MOTION by Plaintiff Dan Valentine for reconsideration regarding memorandum opinion and order 157 *and re Supplemental Position Statement, Dkt. 164* 165 *Defendant WideOpenWest Finance, LLC's Opposition to Plaintiffs' Motion Pursuant to Rule 54(b) for Reconsideration of Dismissal of 18 U.S.C. Section 2511(1)(a) Claims* (Counts, Thomas) (Entered: 03/06/2013) |
| 03/06/2013 | 172 | RESPONSE by Defendant WideOpen West, Finance, LLC to supplement 164 *Defendant WideOpenWest Finance, LLC's Response to Supplement to Plaintiffs' Position Statement* (Counts, Thomas) (Entered: 03/06/2013) |
| 04/02/2013 | 173 | MINUTE entry before Honorable Edmond E. Chang: On the various pending motions, first the notice [R. 161] of motion for leave to amend complaint is terminated as unnecessary, because the motion itself is docketed as R. 163. On the motion for leave [R. 163], Plaintiffs shall reply to Defendant's response on or before 04/16/13. On the motion for reconsideration [R. 165], Plaintiffs shall reply to Defendant's response on or before 04/16/13. On Defendant's motion to strike 167 , Plaintiffs shall respond on or before 04/16/13 (no reply is ordered). In light of the prior missed deadlines, no extensions shall be granted on any of the briefing dates imposed on Plaintiffs. Status hearing of 04/03/13 is reset to 05/30/13 at 8:30 a.m. Mailed notice |

| | | |
|---|---|---|
| | | (slb, ) (Entered: 04/02/2013) |
| 05/13/2013 | 174 | REPLY by Plaintiff Dan Valentine to motion for reconsideration, motion for relief 165 (Stampley, David) (Entered: 05/13/2013) |
| 05/13/2013 | 175 | RESPONSE by Dan Valentine in Opposition to MOTION by Defendant WideOpen West, Finance, LLC to strike MOTION by Plaintiff Dan Valentine to amend/correct MOTION by Plaintiff Dan Valentine to amend/correct *Complaint* 161 *Motion (corrected document)* 163 , notice of motion 166 167 (Attachments: # 1 Declaration D Stampley, # 2 Exhibit Email corresp., T Counts, # 3 Exhibit Email corresp., S Zun)(Stampley, David) (Entered: 05/13/2013) |
| 05/13/2013 | 176 | REPLY by Plaintiff Dan Valentine *to Defendant's Opp. to Pltfs. Motion to Amend Complaint* (Stampley, David) (Entered: 05/13/2013) |
| 05/13/2013 | 177 | MOTION by Plaintiff Dan Valentine for extension of time to file *RR. 174, 175, 176* (Attachments: # 1 Declaration D Stampley, # 2 Exhibit E-mail corresp, # 3 Exhibit Notice)(Stampley, David) (Entered: 05/13/2013) |
| 05/14/2013 | 178 | ~~NOTICE of Motion by David Andrew Stampley for presentment of motion for extension of time to file 177 before Honorable Edmond E. Chang on 5/30/2013 at 08:30 AM. (Stampley, David) (Entered: 05/14/2013)~~ |
| 05/15/2013 | 179 | MEMORANDUM of *Defendant WideOpen West Finance, LLC's in Opposition To Plaintiffs' Motion for Enlargement of Time to File Motion for Reconsideration Reply Brief, Motion to Amend Complaint Reply Brief, and Opposition to Defendants' Motion to Strike Plaintiffs' Filings of February 2013* 177 (Counts, Thomas) (Docket text modified by Clerk's Office.) (Entered: 05/15/2013) |
| 05/23/2013 | 180 | REPLY by Plaintiff Dan Valentine (Stampley, David) (Entered: 05/23/2013) |
| 05/23/2013 | 181 | REPLY by Plaintiff Dan Valentine to motion for extension of time to file 177 *Replies In Plaintiffs Motions For Reconsideration And To Amend Complaint And To Oppose Defendants Motion To Strike Plaintiffs February 2013 Filings* (Stampley, David) (Entered: 05/23/2013) |
| 05/28/2013 | 182 | MINUTE entry before Honorable Edmond E. Chang: This was a close call, but Defendant's motion to strike 167 is denied and Plaintiffs' extension motion is granted 177 . The Court shares Defendant's frustration with Plaintiffs' multiple failures to meet deadlines in this case, and what was presumed to be a 1-day extension request became almost 4 weeks, all without a further extension motion from a co-counsel (the underlying personal circumstances surely justified an extension of some period, but a motion should have been filed). Nonetheless, the preference for resolving cases on their merits is significant enough to overcome the failures. In light of the fully-briefed motions, the status hearing of 05/29/13 is reset to 07/18/13 at 9:00 a.m. Mailed notice (slb, ) (Entered: 05/28/2013) |

| 05/29/2013 | 183 | DECLARATION of David A. Stampley regarding motion for reconsideration, motion for relief 165 , response in opposition to motion, 171 , reply 174 *regarding subsequent case history in Kirch v. Embarq matter* (Attachments: # 1 Exhibit 5-28-2013 letter of Wm. K. Suter)(Stampley, David) (Entered: 05/29/2013) |
| --- | --- | --- |
| 07/17/2013 | 184 | ~~MINUTE entry before Honorable Edmond E. Chang: In light of the pending motions, the status hearing of 07/18/2013 is reset to 09/05/2013 at 10:30 a.m. Mailed notice(slb, ) (Entered: 07/17/2013)~~ |
| 09/04/2013 | 185 | MINUTE entry before Honorable Edmond E. Chang: Plaintiffs' motion to amend complaint and motion to reconsider 163 , 165 are pending. Status hearing of 09/05/2013 is reset to 10/29/2013 at 9:00 AM. Mailed notice (slb, ) (Entered: 09/04/2013) |
| 09/27/2013 | 186 | MEMORANDUM Opinion and Order signed by the Honorable Edmond E. Chang. For the reasons stated in the opinion, Plaintiffs' motions for reconsideration [R. 165] and leave to amend [R. 163] are denied. The second amended complaint and the case are dismissed with prejudice. Status hearing of 10/29/2013 is vacated. Civil case terminated. Mailed notice(slb, ) (Entered: 09/27/2013) |
| 09/27/2013 | 187 | ENTERED JUDGMENT on 9/27/2013:Mailed notice(slb, ) (Entered: 09/27/2013) |
| 10/28/2013 | 188 | NOTICE of appeal by Dan Valentine regarding orders 187 , 186 , 157 Filing fee $ 455, receipt number 0752-8874721. (Stampley, David) (Entered: 10/28/2013) |
| 10/29/2013 | 189 | NOTICE of Appeal Due letter sent to counsel of record. (dj ) (Entered: 10/29/2013) |
| 10/29/2013 | 190 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 188 . Notified counsel (dj ) (Entered: 10/29/2013) |
| 10/29/2013 | 191 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 188 ; USCA Case No. 13-3405. (tlm) (Entered: 10/29/2013) |
| 11/13/2013 | 192 | RULE to Show Cause Circuit Rule 3(c) Docketing Statement from the 7th Circuit, No.: 13-3405. (tlm) (Entered: 11/14/2013) |

## KEY

**MAJORITY of items are included in this record.**
**All crossed out items are not included in the record.**