

**THOMAS G. BRUTON**
CLERK

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



312-435-5670

November 14, 2013

U.S.C.A. – 7th Circuit
R E C E I V E D
NOV 1 4 2013 COD
GINO J. AGNELLO
CLERK

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: *Valentine -v- WOW, Finance*

U.S.D.C. DOCKET NO. : *09 cv 7653*

U.S.C.A. DOCKET NO. : *13-3405*

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF *ELECTRONIC* PLEADING(S)        4

VOLUME(S) OF *ELECTRONIC* TRANSCRIPT(S)        1

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Thomas G. Bruton, Clerk

By: D. Jordan
Deputy Clerk